CO-386-online
10/03

# United States District Court
# For the District of Columbia

DOW JONES & COMPANY, INC. )
200 Liberty St., )
New York, New York 10281 )
)
)
        Plaintiff )  Civil Action No._____
   vs )
ABLAISE LTD )
40 Queen Anne Street, )
London W1G 9EL, United Kingdom )
GENERAL INVENTIONS INSTITUTE A, INC., )
Craigmuir Chambers, P.O. Box 71, Road Town, )
Tortola, British Virgin Islands )
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Dow Jones & Company, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Dow Jones & Company, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

           Attorney of Record
           _____
           Signature

__439783__         Steven Lieberman
BAR IDENTIFICATION NO.    Print Name

           1425 K Street, N.W., Suite 800
           Address

           Washington, DC 20005
           City  State  Zip Code

           202-783-6040
           Phone Number