IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv01014 |
| ) | |
| v. ) | Judge: James Robertson |
| ) | |
| ABLAISE LTD. and ) | **JURY TRIAL DEMANDED** |
| GENERAL INVENTIONS INSTITUTE A, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE REGARDING RULE LCvR 7.1

I, the undersigned counsel of record for <u>Defendants Ablaise Ltd. and General Inventions Institute A, Inc.</u>, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of <u>Defendant Ablaise Ltd.</u> which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

    /s/  Amy S. Owen
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Of Counsel:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fx: (312) 236-3137

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Certificate Regarding Rule LCvR 7.1 was served this 14th day of July, 2006 via electronic means to the following:

Steven Lieberman
Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040

Stuart Karle
Dow Jones & Company, Inc.
200 Liberty Street
New York, NY 10281
Ph: (212) 413-2164


　　　　　　　　　　/s/  Amy S. Owen
　　　　　　　　　Amy S. Owen