IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. and )<br>GENERAL INVENTIONS INSTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06cv01014<br><br>Judge:  James Robertson<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE REGARDING RULE LCvR 7.1**

I, the undersigned counsel of record for Defendants Ablaise Ltd. and General Inventions Institute A, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Defendant General Inventions Institute A, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

 /s/  Amy S. Owen
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Of Counsel:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fx: (312) 236-3137

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate Regarding Rule LCvR 7.1 was served this 14th day of July, 2006 via electronic means to the following:

Steven Lieberman
Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040

Stuart Karle
Dow Jones & Company, Inc.
200 Liberty Street
New York, NY 10281
Ph: (212) 413-2164

　　　/s/ Amy S. Owen　　　
Amy S. Owen