IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01014 |
| | ) | |
| v. | ) | Judge:  James Robertson |
| | ) | |
| ABLAISE LTD. and | ) | **JURY TRIAL DEMANDED** |
| GENERAL INVENTIONS INSTITUTE A, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 8.32(d) FOR ADMISSION *PRO HAC VICE*

Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia

Bar admitted to practice before the United States District Court for the District of Columbia,

respectively moves the Court to enter an Order permitting Thomas G. Scavone of Niro, Scavone,

Haller & Niro, to practice *pro hac vice* before the United States District Court for the District of

Columbia.  In support of this motion, the Movant respectfully represents as follows:

(1)     Thomas G. Scavone is a member of the law firm of Niro, Scavone, Haller & Niro,

which maintains offices at 181 W. Madison St., Ste. 4600, Chicago, Illinois, (312) 236-0733;

(2)     Mr. Scavone is admitted to practice before among others, the United States

District Court for the Northern District of Illinois and is a member in good standing of the

Illinois Bar.

(3)     Attached hereto is a declaration executed by Mr. Scavone;

(4)     The Movant requests that this Court allow this Motion so that Mr. Scavone may

file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Thomas G. Scavone to appear in this proceeding.

Respectfully submitted,

_____/s/  Amy S. Owen_____
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Of Counsel:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph:  (312) 236-0733
Fx:  (312) 236-3137

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 19th day of September, 2006 via electronic means and first class mail, postage prepaid, to the following:

Steven Lieberman
Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Ph:  (202) 783-6040

Stuart Karle
Dow Jones & Company, Inc.
200 Liberty Street
New York, NY 10281
Ph: (212) 413-2164


      /s/  Amy S. Owen
Amy S. Owen