IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01014 |
| | ) | |
| v. | ) | Judge: James Robertson |
| | ) | |
| ABLAISE LTD. and | ) | **JURY TRIAL DEMANDED** |
| GENERAL INVENTIONS INSTITUTE A, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF THOMAS G. SCAVONE

I, Thomas G. Scavone, hereby request permission to appear pro hac vice on behalf of Defendants Ablaise Ltd. And General Inventions Institute A, Inc. in the above referenced matter. My office address and telephone numbers are as follows:

Office Address: Niro, Scavone, Haller & Niro
81 W. Madison St., Ste. 4600
Chicago, IL 60602

Office Telephone No.: (312) 236-0733

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| U.S. Supreme Court | | August 12, 1977 |
| Supreme Court of Illinois | | November 9, 1995 |
| United States Court of Appeals | Federal Circuit | October 1, 1982 |
| United States Court of Appeals | Seventh Circuit | April 12, 1976 |
| United States District Court | Northern District of California | May 4, 1988 |
| United States District Court | Northern District of Illinois | December 11, 1973 |
| United States District Court | Eastern District of Michigan | February 5, 1988 |
| United States District Court | Western District of Texas | January 22, 1990 |
| United States District Court | Eastern District of Wisconsin | May 6, 1991 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

Neither I nor my firm maintains an office for the practice of law within the District of Columbia.

I make the foregoing statements under penalty of perjury.

Dated: September 1, 2006

_____
Thomas G. Scavone