IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 1:06cv01014 |
| ) | |
| v. ) | Judge:  James Robertson |
| ) | |
| ABLAISE LTD. and ) | **JURY TRIAL DEMANDED** |
| GENERAL INVENTIONS INSTITUTE A, INC. ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Matthew G. McAndrews of Niro, Scavone, Haller & Niro, to practice *pro hac vice* before the United States District Court for the District of Columbia.  In support of this motion, the Movant respectfully represents as follows:

(1)   Matthew G. McAndrews is a member of the law firm of Niro, Scavone, Haller & Niro, which maintains offices at 181 W. Madison St., Ste. 4600, Chicago, Illinois, (312) 236-0733;

(2)   Mr. McAndrews is admitted to practice before among others, the United States District Court for the Central District of Illinois and is a member in good standing of the Illinois Bar.

(3)   Attached hereto is a declaration executed by Mr. McAndrews;

(4)    The Movant requests that this Court allow this Motion so that Mr. McAndrews may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Matthew G. McAndrews to appear in this proceeding.

>
> Respectfully submitted,
>
> _____/s/  Amy S. Owen_____
> Amy S. Owen, Esq. #411601
> Ben Selan, Esq. #495232
> Cochran & Owen, LLC
> 8000 Towers Crescent Drive, Suite 160
> Vienna, Virginia 22182
> Ph:  (703) 847-4480
> Fx:  (703) 847-4499
>
>
> Of Counsel:
>
> Thomas G. Scavone
> Matthew G. McAndrews
> NIRO, SCAVONE, HALLER & NIRO
> 181 W. Madison St., Ste. 4600
> Chicago, IL 60602
> Ph:  (312) 236-0733
> Fx:  (312) 236-3137
>
> Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 19th day of September, 2006 via electronic means and first class mail, postage prepaid, to the following:

> Steven Lieberman
> Joseph A. Hynds
> Rothwell, Figg, Ernst & Manbeck
> 1425 K Street, N.W.
> Suite 800
> Washington, D.C. 20005
> Ph: (202) 783-6040
>
> Stuart Karle
> Dow Jones & Company, Inc.
> 200 Liberty Street
> New York, NY 10281
> Ph: (212) 413-2164

                                                                     /s/ Amy S. Owen
                                                                     Amy S. Owen