IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC. | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv01014 |
| v. | ) | Judge: James Robertson |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC. | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

### DECLARATION OF MATTHEW G. MCANDREWS

I, Matthew G. McAndrews, hereby request permission to appear pro hac vice on behalf of Defendants Ablaise Ltd. And General Inventions Institute A, Inc. in the above referenced matter.

My office address and telephone numbers are as follows:

Office Address:    Niro, Scavone, Haller & Niro
                   81 W. Madison St., Ste. 4600
                   Chicago, IL 60602

Office Telephone No.:    (312) 236-0733

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Supreme Court of Illinois | | November 9, 1995 |
| United States District Court | Central District of Illinois | January 19, 1997 |
| United States District Court | Northern District of Illinois | September 9, 1997 |
| United States District Court | Trial Bar, N.D. Ill. | April 9, 2001 |
| United States District Court | Western District of Wisconsin | February 3, 2003 |
| United States District Court | District of Colorado | July 14, 1999 |
| United States Court of Appeals | Federal Circuit | February 23, 1999 |
| United States Court of Appeals | Ninth Circuit | March 19, 2002 |
| United States Court of Appeals | Fourth Circuit | April 19, 2002 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

Neither I nor my firm maintains an office for the practice of law within the District of Columbia.

I make the foregoing statements under penalty of perjury.

Dated: September 1, 2006                    _____
                                                               Matthew G. McAndrews