UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty St.<br>New York, New York  10281<br><br>            Plaintiff,<br>     v.<br><br>ABLAISE LTD<br>40 Queen Anne Street<br>London W1G 9EL,<br>United Kingdom<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br>Craigmuir Chambers, P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands<br><br>            Defendants. | Civil Action No. 1:06CV01014<br><br>Judge James Robertson |

## [PROPOSED] SCHEDULING ORDER

This matter having come before the Court for an Initial Scheduling Conference on November 1, 2006, and the Court having considered the Joint Meet and Confer Statement submitted by counsel as well as any supplemental pleadings that are relevant, the representations made in open court, and the entire record in the case, it is hereby

ORDERED that:

1.      This case shall proceed with the following schedule:

ALTERNATIVE 1 (proposed by Plaintiff)

| | |
|---|---|
| **Markman briefs** | December 22, 2006 |
| **Joinder of Additional Parties** | December 28, 2006 |
| **Replies to Markman Briefs** | January 22, 2006 |
| **Markman hearing** | to be set at a later date |

| | |
|---|---|
| **Fact discovery closes** | September 1, 2007 |
| **Expert reports on party bearing the burden of proof** | October 1, 2007 |
| **Reply expert reports** | November 1, 2007 |
| **Expert Discovery closes** | December 1, 2007 |
| **Summary Judgment motions** | January 4, 2008 |
| **Opposition briefs** | February 4, 2008 |
| **Reply briefs** | February 29, 2008. |

ALTERNATIVE 2 (proposed by Defendants)

| | |
|---|---|
| **Joinder of Additional Parties** | January 31, 2007 |
| **Fact discovery closes** | March 30, 2007 |
| **Expert reports on party bearing the burden of proof** | April 30, 2007 |
| **Reply expert reports** | May 30, 2007 |
| **Expert Discovery closes** | June 29, 2007 |
| **Summary Judgment motions** | July 30, 2007 |
| **Opposition briefs** | August 29, 2007 |
| **Reply briefs** | September 24, 2007 |

_____
The Honorable James Robertson