**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com

October 25, 2006

G. Franklin Rothwell
E. Anthony Figg
Barbara G. Ernst
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Richard Wydeven
Martin M. Zoltick
Minaksi Bhatt
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Glenn E. Karta
Martha Cassidy, Ph.D.
Brian S. Rosenbloom
Jason M. Shapiro*

*Not Admitted in D.C.

Anne M. Sterba
Lisa N. Phillips
C. Nichole Gifford
Patrick T. Skacel
Monica C. Kitts
Brian A. Tollefson
Joo Mee Kim
Hyunkweon Ryu
R. Elizabeth Brenner
Adam M. Treiber
Daniel L. Shores
Joseph E. Green
John A. Evans, Ph.D.
Thomas D. Lyford*

Of Counsel
John A. McCahill
Brian E. Banner

The Honorable James Robertson
United States District Judge
United States District Court for the
    District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001


Re:    *Dow Jones & Company, Inc. v. Ablaise Ltd. and GIIA, Inc.*
       Civil Action No. 06-01014

Dear Judge Robertson:

We represent declaratory judgment Plaintiff, Dow Jones and Company, Inc., in the above referenced matter. Pursuant to Local Rule 16.3, we enclose a Joint Report and Proposed Scheduling Order.

As you will note, Defendants' proposed schedule varies greatly from Dow Jones' proposed schedule. The differences relate to two things: (1) the schedule for claim construction, and (2) the discovery schedule.

With respect to the claim construction schedule, Dow Jones believes an early claim construction ruling would be beneficial for a variety of reasons, including narrowing the issues and increasing significantly the likelihood of settlement.

With respect to the discovery schedule, we believe that Defendants have proposed exceedingly unrealistic dates because, as a classic patent troll, Defendants desire to put maximum pressure on those they threaten with litigation to induce settlement at well below the cost of litigation (Defendants have either sued or been sued as declaratory judgment defendants in at least ten (10) lawsuits related to these patents). Dow Jones, on the other hand, believes that an early claim construction ruling will establish that Defendants' patent infringement allegations are without merit and will likely end the case

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

The Honorable James Robertson
October 25, 2006
Page 2

because either the claims will be construed so that there is no infringement or the claims will be construed such that they are invalid over a plethora of prior art, including prior art we have already provided to Defendants in a good faith attempt to dissuade Defendants from continuing to pursue its meritless claims.

Very truly yours,

Steven Lieberman

SL:BSR:cjk
Attachment
cc: All Counsel of Record
#1359645v1