UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC.,         :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 06-1014 (JR)
                                   :
ABLAISE LTD., *et al.*,            :
                                   :
        Defendants.                :

### SCHEDULING ORDER

After an initial scheduling conference held in chambers November 1, 2006, it is **ORDERED** that plaintiff may have until December 22, 2006, to file its Markman brief; that defendants may have until March 21, 2007, to file their response; that plaintiff may have until April 11, 2007, to file any reply; that defendants may have until April 25, 2007, to file any surreply; and that a Markman hearing is **set for May 3, 2007, at 10:00 a.m.**  Discovery is **stayed until further order of the Court.**  Plaintiff's "supplement letter" to the Court [Dkt #9-3], submitted in violation of LCvR 5.1(b), is by the Court *sua sponte* **stricken from the record.**


                                JAMES ROBERTSON
                            United States District Judge