UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER 06-1014 (JR) |
| ) | |
| Albaise Ltd. and General Inventors ) | |
| Institute A, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Dow Jones Reuters Business Interactive, ) | |
| LLC, d/b/a Factiva, ) | |
| ) | CASE NUMBER 06-1015 (JR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Albaise Ltd. and General Inventors ) | |
| Institute A, Inc. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] AMENDED SCHEDULING ORDER

It is ORDERED that Plaintiffs in the two above-referenced actions may have until January 5, 2007, to file a single consolidated Markman brief; that Defendants may have until April 4, 2007 to file their response; that Plaintiffs may have until April 25, 2007 to file their reply; that Defendants may have until May 9, 2007, to file any surreply; and that a Markman hearing is **set for May \_\_\_\_, 2007 at _____**. Discovery continues to be **stayed until further order of the Court.**

JAMES ROBERTSON
United States District Judge