UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>200 Liberty St. )<br>New York, New York  10281 )<br>)<br>　　　　　　Plaintiff, )<br>　　v. )<br>)<br>ABLAISE LTD ("Ablaise") )<br>40 Queen Anne Street )<br>London W1G 9EL, )<br>United Kingdom )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC., ("GIIA") )<br>Craigmuir Chambers, P.O. Box 71 )<br>Town Road )<br>Tortola, British Virgin Islands )<br>)<br>　　　　　Defendants. ) | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS )<br>BUSINESS INTERACTIVE, LLC. )<br>200 Liberty St. )<br>New York, New York  10281 )<br>)<br>　　　　　Plaintiff, )<br>　　v. )<br>)<br>ABLAISE and GIIA )<br>　　　　　Defendants. ) | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**DECLARATION OF BRIAN ROSENBLOOM IN SUPPORT OF**
**DOW JONES' BRIEF CONCERNING CLAIM CONSTRUCTION**

I, Brian Rosenbloom, hereby declare as follows:

1.　　I am a member of the firm of Rothwell, Figg, Ernst & Manbeck, P.C., counsel to Dow Jones and Company ("Dow Jones") in the above-captioned matter.

1370455v2

2.      This declaration is submitted for the purpose of putting before the Court certain documents in connection with Dow Jones' brief concerning claim construction.

3.      Attached hereto as Exhibit A, is a true and correct copy of U.S. Patent No. 6,961,737.

4.      Attached hereto as Exhibit B, is a true and correct copy of U.S. Patent No. 6,295,530.

5.      Attached hereto as Exhibit C, is a true and correct copy of Kevin Hughes, Entering the World-Wide Web: A Guide to Cyberspace, ACM SIGLINK Newsletter, Vol. III, No. 1, 4-8 (1994).

6.      Attached hereto as Exhibit D, is a true and correct copy of Steve Putz, Interactive information services using World-Wide Web hypertext, Computer Networks and ISDN Systems, 27, 273-280 (1994).

7.      Attached hereto as Exhibit E, is a true and correct copy of Charles Ames et al., Automating Testbed Documentation and Database Access Using World Wide Web (WWW) Tools, Third International Symposium on Space Mission Operations and Ground Data Systems Part 2, NASA CP-3281 (1994).

8.      Attached hereto as Exhibit F, is a true and correct copy of a Posting of Jim Davis to www-talk entitled a Gateway to the U Mich Geography server (Nov. 18, 1992) available at http://ksi.cpsc.ucalgary.ca/archives/WWW-TALK/www-talk-1992.messages/307.html.

9.      Attached hereto as Exhibit G, is a true and correct excerpt of Jason Romney, The Pharisees Have Entered The Net, The Age, Sept. 27, 1994 at p. 24.

10. Attached hereto as Exhibit H, is a true and correct excerpt of Posting of Rebecca Sims to utexas.class.tc659b-edge entitled <u>Japan Window</u> (Mar. 31, 1995) available at http://groups.google.com/group/utexas.class.tc659b-edge/msg/345cdc0fdc9ab8e7.

11. Attached hereto as Exhibit I, is a true and correct copy of Posting of Mike Kelsey to comp.infosystems.www.providers (Nov. 10, 1994).

12. Attached hereto as Exhibit J, is a true and correct copy of Mike W. Miller, <u>World Wide Web Development at Notre Dame: It's Easier to Ask Forgiveness Than Permission</u>, Proceedings of the 22nd annual ACM SIGUCCS conference on User services (ACM Press 1994)

13. Attached hereto as Exhibit K, is a true and correct copy of <u>Posting of J. Muselik</u> to comp.infosystems.www.providers (Feb. 5, 1995).

14. Attached hereto as Exhibit L, is a true and correct copy of Douglas B. Koen, <u>Automated Restructuring of an Electronic Newspaper</u>, SB EECS Thesis, MIT, Cambridge MA, 1994.

15. Attached hereto as Exhibit M, is a true and correct copy of an Amendment filed on December 16, 2003 in connection with the prosecution of the '737 patent.

16. Attached hereto as Exhibit N, is a true and correct copy of a Supplemental Amendment dated February 25, 2005 and filed in connection with the prosecution of the '737 patent.

17. Attached hereto as Exhibit O, is a true and correct copy of the Amendment filed on April 13, 2000 in connection with the prosecution of the '530 patent.

18. Attached hereto as Exhibit P, is a true and correct copy of a Letter from Matthew G. McAndrews dated October 12, 2006.

19.     Attached hereto as Exhibit Q, is a true and correct copy of the Response filed on February 3, 1998 in connection with the prosecution of the '530 patent..

20.     Attached hereto as Exhibit R, is a true and correct copy of the Amendment filed on August 20, 1999 in connection with the prosecution of the '530 patent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2007.

/s/ Brian Rosenbloom
Brian Rosenbloom