Copyright 1994 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

Copyright of John Fairfax Group Pty Ltd

The Age

September 27, 1994 Tuesday

**SECTION:** COMPUTERS; CYBERSURFING; Pg. 24

**LENGTH:** 1742 words

**HEADLINE:** The Pharisees Have Entered The Net

**BYLINE:** Jason Romney

**BODY:**

....

LINGUIST Jeffrey Friedl (jfriedl@omron.co.jp) has provided would-be learners of Japanese with an extremely valuable tool in his new Japanese/English on-line dictionary (at http://www.cs.cmu.edu:8001/cgi-bin/j-e), kept at the Carnegie Mellon University in America.

Friedl says it works without the need for Japanese fonts (although they're supported if you have them - Friedl's site includes information about web browsers that support Japanese characters).

The dictionary features a ``particularly nifty interface which allows advanced user customisation across all pages, with text pages being tailored to each user on the fly".

It is worth noting that if you are able only to access the WWW with the Unix-based lynx browser, direct lynx to the URL http://www.cs.cmu.edu:8001/cgi-bin/j-e/tty/dict (which eliminates the special Japanese characters).

....