```
From: muse...@bnr.ca (Jiri Muselik)
Newsgroups: comp.infosystems.www.providers
Subject: Re: Advantages of CGI-generated HTML?
Date: Sun, 05 Feb 95 22:13:43 GMT
Organization: Bell-Northern Research Ltd.
Message-ID: <3h3m7q$sbd@bcarh8ab.bnr.ca>

>Dave Welsch (ger...@hermes.dna.mci.com) wrote:
>: I've seen sites lately that use a complicated CGI script
>: to generate the pages for the entire site, rather than
>: just using HTML files.
>
>: Is there an avantage to this (performance, security, etc.) that I'm not
>: aware of? Or is it just fashionable? E-mail me and I'll summarize.
>


Dynamically generated HTML pages are extremely useful when displaying database
contents on the Web. Rather than having thousands of unmaintainable HTML pages,
it is better to use a database (whatever it may be) and display results of searches
dynamically into HTML templates giving the user uniform interface via the Web.

Also, this way - a cosmetic change to the page - such as change in express button
layout or fixing a typo requires only modification of a single HTML file (template).

Cheers,

..Jiri




| / / | / / | / /   Jiri Muselik                  Phone: (613) 763-9435
|/|/  |/|/  |/|/    Electronic Information Systems  Fax:   (613) 763-9250
| |   | |   | |     muse...@bnr.ca     ESN 393-9435  All opinions are mine!
```