

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

On 2-3-98
(Date)          Julie H. Gamotis

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

RITCHIE et al.

Serial No: 08/647,769                Art Unit: 2771

Filed: May 15, 1996                  Examiner: Donald Min

For: SERVING SIGNALS

RESPONSE

To the Commissioner of Patents and Trademarks

Sir,

In response to the Office Action dated October 3, 1997, kindly make the following changes.

In the Claims:

Kindly cancel claims 2-12 and 14-20 without prejudice.

Kindly rewrite the following claims in amended form:

1. (Amended) Apparatus for serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals represent commands executable by each browsing device so as to display viewable data in accordance with a specified page format, comprising:

means for identifying requests from browsing clients that define a request for specified viewable data with [commands for displaying said data in a specified format];

<u>formatting type data for displaying said viewable data in a specified format;</u>

means for reading data representing said viewable data;

means for processing said read data so as to combine a representation of said viewable data with <u>formatting commands selected by said formatting type data for displaying said data in the form of</u> executable instructions; and

means for supplying output signals to the requesting browsing device derived from said processed data.

13. (Amended) A method of serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals represent commands executable by each browsing device so as to display viewable data in accordance with a specified page format, comprising steps of:

identifying requests from browsing clients that define [a request for specified viewable data with commands for displaying said data in a specified format];

<u>a request for specified viewable data with,</u>

<u>formatting type data for displaying said viewable data in a specified format;</u>

reading data representing said viewable data;

processing said read data so as to combine a representation of said viewable data with executable instructions; and

supplying output signals to the requesting browsing device derived from said processed data.

Kindly add the following claims:

21. Apparatus according to claim 1, wherein output signals sent to a browsing client may be derived from a first function or from a second function in dependence upon said formatting data type.

22. Apparatus according to claim 1, wherein output signals sent to a browsing client may be derived from a third function or from a fourth function in dependence upon an indication of the identity of the user.

23. Apparatus according to claim 22, wherein output signals sent to a browsing client may be derived from a fifth function or from a sixth function in dependence upon a stored indication of previous user selections.

24. Apparatus according to claim 1, wherein a request from a browsing client takes the form or a resource location, wherein a first database is accessed in response to this location to identify a function, said function retrieves viewable data from a second database and said viewable data is combined with mark-up language codes to produce said executable instructions.

25. Apparatus for serving output signals from a serving device to a plurality of browsing clients connected to a network, wherein said output signals represent commands executable by each browsing device so as to display viewable data in accordance with a specified page format, comprising

means for identifying requests from browsing clients that identify specified viewable data;

means for accessing text or graphics from a database via an index; and

means for adding mark-up language to said accessed text or graphics to produce said executable commands.

26. Apparatus according to claim 25, wherein said browsing clients are configured to define a request in terms of a resource location.

27. Apparatus according to claim 26, wherein said means for adding mark-up language to said access text or graphics is configured to create hypertext mark-up language accessible by means of a world-wide web browser.

28. Apparatus according to claim 25, wherein said means for identifying requests from browsing clients includes means for selecting an executable function, wherein said means for accessing text or graphics responds to said executable function.

29. Apparatus according to claim 28, wherein said means for identifying requests from browsing clients is configured to select a first function or to select a second function in response to said request for specified data and in response to additional data.

30. Apparatus according to claim 29, wherein said additional data originates from formatting type data supplied by a browsing client.

31. Apparatus according to claim 29, wherein said additional data originates from an identification of a browsing client.

32. Apparatus according to claim 29, wherein said additional data is derived from a stored indication of previous user selections.

33. Apparatus according to claim 32, wherein each of said functions indexes information from a database and combines this information with mark-up commands.

34. Apparatus for serving signals from serving device to a plurality of browsing devices connected to a network, wherein said serving apparatus identifies requests from browsing clients for viewable data, comprising



means operable in response to an identified request for reading said viewable data from a data source, identifying functions for displaying said data in a specified format and executing said functions to produce said output signals.

35. Apparatus according to claim 34, wherein said viewable data is read by indexing a database.

36. Apparatus according to claim 34, wherein said functions are derived by indexing a database.

37. Apparatus according to claim 34, wherein said functions are selected in response to information supplied by a user.

38. Apparatus according to claim 34, wherein said functions are selected in response to a user identification.

39. Apparatus according to claim 34, wherein said functions are selected in response to a history of user responses.

40. Apparatus according to claim 34, wherein a plurality of functions are executed by said serving device in order to supply

said output signals to a browsing user.

41. A method of serving output signals from a serving device to a plurality of browsing clients connected to a network, wherein said output signals represent commands executable by each browsing device so as to display viewable data in accordance with a specified page format, comprising steps of

identifying requests from browsing clients that identify specified viewable data;

accessing text or graphics from a database via an index; and

adding mark-up language to said access text or graphics to produce said executable commands.

42. A method according to claim 41, wherein said browsing clients are configured to define a request in terms of a resource location.

43. A method according to claim 42, wherein said mark-up language is hypertext mark-up language accessible by means of a World-Wide Web browser.

44. A method according to claim 41, wherein said step of identifying requests from browsing clients includes the step of selecting an executable function such that the accessing of text or graphics is performed in response to the execution of said function by said serving device.

45. A method according to claim 44, wherein a first function is selected or a second function is selected in response to said request for specified data and in response to additional data.

46. A method according to claim 45, wherein said additional data originates from formatting type data supplied by a browsing client.

47. A method according to claim 45, wherein said additional data originates from an identification of a browsing client.

48. A method according to claim 45, wherein said additional data is derived from a stored indication of previous user selections.

49. A method according to claim 48, wherein each of said functions indexes information from a database and combines this information with mark-up commands.

50. A method of serving signals from a serving device to a plurality of browsing devices connected to a network, wherein said serving apparatus identifies requests from browsing clients for viewable data, comprising steps of

reading said viewable data from a data store in response to a identified request;

identifying functions for displaying said data in a specified format; and

executing said functions at said serving device to produce said output signals.

51. A method according to claim 50, wherein said viewable data is read by indexing a database.

52. A method according to claim 50, wherein said functions are derived by indexing a database.

53. A method according to claim 51, wherein said functions

are selected in response to information supplied by a user.

54. A method according to claim 50, wherein said functions are selected in response to a user identification.

55. A method according to claim 50, wherein said functions are selected in response to a history of user responses.

56. A method according to claim 50, wherein a plurality of functions are executed by said serving device in order to supply said output signals to a browsing user.

## REMARKS

Reconsideration and allowance are respectfully requested.

The above amendments to claims 1 and 13 particularly point out the invention. Newly added claims 21-56 also define the novel invention. No new matter has been added. Entry and allowance are requested.

Claims 1, 13 and 21-56 are patentable over Meske.

There is a fundamental difference concerning the operation of the present invention and the operation system of that disclosed by Meske. Although the information received by a browsing client may appear as being similar, in that it is formed by HTML pages, the way in which these pages are generated differ significantly.

In particular, in Meske, pages are already available in the form of SGML and, under the operation of a PERL program, these pages are merely parsed to create HTML versions, as described at line 60 of column 5. While the nature of the documentation may

remain substantially similar and while the conversion may merely be one of performing a standard conversion such that the documentation may be viewed via a web browser, however, Meske has nothing to do with the unique features being claimed and defined in claims 1, 13, and 21-56.

Claim 1 defines that requests are made by browsing clients that define (a) a request for specified viewable data with (b) formatting type data for displaying said viewable data in a specified format. Thus, a browsing client makes a request for viewable data to be displayed.

In addition to specifying viewable data, a request also includes formatting type data such that the actual formatting of the data may vary from one client to another. Thus, the nature in which the viewable data is formatted may be made dependent upon user preferences, usually with certain sets of browsing clients being presented data in one format with other browsing clients being presented data in an alternative format.

A further distinction of the present invention over the disclosure is that text or graphics are derived by indexing relational databases as defined in claim 25.

In claim 34, functions are identified for displaying the data in a specified format and these functions are executed at the serving device.

Method claim 13 is of substantially similar scope to apparatus claim 1. Method claim 41 is of substantially similar scope to apparatus claim 25. Method claim 50 is of substantially

similar scope to apparatus claim 34.

Nothing in Meske teaches or suggests the claimed features. Therefore, the present claims are patentable over Meske.

Since applicant has presented a novel, unique and unobvious invention, reconsideration and allowance of all the claims is respectfully requested.

Respectfully,

*/s/ James C. Wray/*

James C. Wray, Reg. No. 22,693
Meera P. Narasimhan, Reg. No. 40,252
1493 Chain Bridge Road, Suite 300
McLean, Virginia 22101
Tel: (703) 442-4800
Fax: (703) 448-7397

February 3, 1998