IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.  )<br>)<br>)<br>  Plaintiff,  )<br>)<br>v.  )<br>)<br>ABLAISE LTD. and  )<br>GENERAL INVENTIONS INSTITUTE A, INC.  )<br>)<br>  Defendants.  )<br>_____)  | Civil Action No. 1:06cv01014<br><br>Judge: James Robertson<br><br>**JURY TRIAL DEMANDED** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

Jeffrey J. Downey (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Ronald J. Schutz of Robins, Kaplan, Miller & Ciresi, to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) Ronald J. Schutz is a member of the law firm of Robins, Kaplan, Miller & Ciresi, which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2) Mr. Schutz is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar;

(3) Attached hereto is a declaration executed by Mr. Schutz;

MP3 20218955.1

(4)    The Movant requests that this Court allow this Motion so that Mr. Schutz may file pleadings and appear and be heard at any hearing in this proceeding; and

(5)    Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Ronald J. Schutz to appear in this proceeding.

Respectfully submitted,

Jeffrey J. Downey, Esq. #427010
ROBINS, KAPLAN, MILLER & CIRESI, LLP
1875 Eye Street N. W., Suite 300
Washington, DC 20006-5409
Ph: (202) 775-0725
Fx: (202) 223-8604


Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster
Seth Northrop
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN 55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 2nd day of April, 2007 via electronic means and first class mail, postage prepaid, to the following:

> Creighton R. Magid
> Dorsey & Witney LLP
> 1001 Pennsylvania Avenue, N.W.
> Suite 400 North
> Washington, D.C. 20004
> Ph: (202) 442-3000
> Fx: (202) 442-3199
>
> Devan V. Padmanabhan
> Sri K. Sankaran
> 50 South Sixth Street, Suite 1500
> Minneapolis, MN 55402
> Ph: (612) 340-2600
> Fx: (612) 340-8856
>
> Attorneys for Plaintiff

/s/ Jeffrey J. Downey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06cv01014 |
| ) | |
| v. ) | Judge: James Robertson |
| ) | |
| ABLAISE LTD. and ) | **JURY TRIAL DEMANDED** |
| GENERAL INVENTIONS INSTITUTE A, INC. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF RONALD J. SCHUTZ

I, Ronald J. Schutz, hereby request permission to appear pro hac vice on behalf of Defendants Ablaise Ltd. And General Inventions Institute A, Inc. in the above referenced matter.

My office address and telephone numbers are as follows:

Office Address:    Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Office Telephone No.:    (612) 349-8500

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| State of Minnesota | | 1981 |
| Minnesota Supreme Court | | October 30, 1981 |
| United States Supreme Court | | December 8, 1986 |
| United States Court of Appeals | Eighth Circuit | December 23, 1985 |
| United States Court of Appeals | Federal Circuit | December 24, 1985 |
| United States Court of Military Appeals | | August 28, 1983 |
| United States Patent and Trademark Office | | December 30, 1986 |
| United States District Court | District of Minnesota | November 4, 1981 |
| United States District Court | District of Nebraska | December 4, 1989 |

MP3 20218953.1

| United States District Court | District of Wisconsin | May 28, 1997 |
| United States District Court | Northern District of California | July 1, 2003 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

        My firm maintains an office for the practice of law within the District of Columbia. The address is:    1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409

I make the foregoing statements under penalty of perjury

Dated: March 28, 2007

_____
Ronald J. Schutz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABLAISE LTD. and ) <br> GENERAL INVENTIONS INSTITUTE A, INC. ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:06cv01014 <br><br> Judge: James Robertson <br><br> **JURY TRIAL DEMANDED** |

## ORDER AUTHORIZING PRO HAC VICE ADMISSION

Upon the Motion of Jeffrey J. Downey, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Ronald J. Schutz of Robins, Kaplan, Miller & Ciresi, to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendants Ablaise, Ltd. And General Inventions Institute A, Inc. in this proceeding, therefore;

IT IS on this _____ day of April, 2007;

ORDERED, that Ronald J. Schutz, of the firm of Robins, Kaplan, Miller & Ciresi, which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Court Judge

MP3 20218939.1