UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC.,          :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 06-1014 (JR)
                                    :
ABLAISE LTD., *et al.*,             :
                                    :
        Defendants.                 :

### ORDER

Upon consideration of defendants' motions for the *pro hac vice* appearances of Cyrus A. Morton [15], Seth Northrop [16] and Ronald J. Schutz [17], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                JAMES ROBERTSON
                           United States District Judge