UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) | |
| ) | |
| ) | **Civil Action No. 1:06CV01014** |
| Plaintiff, ) | |
| v. ) | **Judge James Robertson** |
| ) | |
| ABLAISE LTD and GENERAL ) | |
| INVENTIONS INSTITUTE A, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Steven Lieberman, Esq., a member of the bar of this Court and counsel of record for Plaintiff, Dow Jones & Company, Inc., pursuant to Local Rule 83.2 moves this Court for an Order admitting Brian Rosenbloom, Esq. to the bar of this Court *pro hac vice*.

As grounds for this motion, movant states that Mr. Rosenbloom is an attorney who regularly practices law in the District of Columbia, as counsel for Rothwell, Figg, Ernst & Manbeck, 1425 K Street, N.W., Suite 800, Washington, D.C. 20005. He is a graduate of Georgetown University Law Center. He was admitted to the Bar of the District of Columbia on January 8, 1999, and is currently a member in good standing in the Bar of the District of Columbia. He is also admitted to, and a member in good standing of, the Bars of the State of Maryland and the Commonwealth of Virginia.

Wherefore, movant respectfully requests that Brian Rosenbloom be admitted *pro hac vice*, to the United States District Court for the District of Columbia for the purposes of this lawsuit.

Date: May 2, 2007

Respectfully submitted,

ROTHWELL, FIGG, ERNST & MANBECK

_____
Steven Lieberman (D.C. # 439783)
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of May, 2007, I electronically filed with the Clerk of the Court, PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE using the CM/ECF system and have served all parties by first class U.S. mail, postage prepaid addressed to the following:

Amy S. Owen, Esq.
Cochran & Owen
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Thomas G. Scavone, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

Creighton R. Magid, Esq.
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20004-2505

Devan V. Padmanabhan, Esq.
Paul J. Robbennolt, Esq.
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Jeffrey J. Downey
Robins Kaplan Miller & Ciresi, LLP
875 Eye Street, NW
Suite 300
Washington, D.C. 20006

Ronald Schutz
Jake Holdreith
Cyrus Morton
Seth Northrop
Robins Kaplan Miller & Ciresi, LLP
LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402


_/s/_____
Brian Rosenbloom