UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>)<br>) | **Civil Action No. 1:06CV01014** |
| Plaintiff, )<br>v. ) | **Judge James Robertson** |
| )<br>ABLAISE LTD and GENERAL )<br>INVENTIONS INSTITUTE A, INC., )<br>) | |
| Defendants. ) | |

## AFFIDAVIT OF BRIAN ROSENBLOOM, ESQ.
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

BRIAN ROSENBLOOM, being duly sworn, deposes and says:

1. I am an attorney at Rothwell, Figg, Ernst & Manbeck, 1425 K Street, N.W., Suite 800, Washington, D.C. 20005. I submit this affidavit in support of my application for admission *pro hac vice* on behalf of the Plaintiff in this action, Dow Jones & Company, Inc.

2. I received my Juris Doctor degree from Georgetown University Law Center.

3. I am currently a member in good standing of the Bar of the District of Columbia. I am also a member of the Bar of the State of Maryland and the Commonwealth of Virginia.

4. I am associated in this litigation with Steven Lieberman of the firm of Rothwell, Figg, Ernst & Manbeck, who is authorized to practice law before this Court.

5. I hereby certify that I do not currently have, nor have I ever had, any grievance pending against me related to my practice of law, nor have I ever been

reprimanded, suspended or disbarred from the practice of law. I have never resigned from the practice of law.

    6.    I have not been admitted *pro hac vice* in this Court within the last two years.

    7.    Attached hereto is a true and correct copy of a certificate of good standing from the District of Columbia Court of Appeals.

Further affiant sayeth naught.

DATED: May 2, 2007

_____
Brian Rosenbloom

District of Columbia ) SS:

Subscribed and Sworn to before me
this the 2nd day of May, 2007

_____
NOTARY PUBLIC

Sheda Vasseghi
Notary Public, District of Columbia
My Commission Expires 1-01-2010

My commission expires: __My Commission Expires 1-01-2010__

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRIAN S. ROSENBLOOM

was on the 8th day of January, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 2, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk