UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC. | ) | |
| | ) | |
| | ) | **Civil Action No. 1:06CV01014** |
| Plaintiff, | ) | |
| v. | ) | **Judge James Robertson** |
| | ) | |
| ABLAISE LTD and GENERAL | ) | |
| INVENTIONS INSTITUTE A, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Plaintiff's Motion for Admission *Pro Hac Vice* and accompanying Affidavit, it is hereby

**ORDERED** that Brian Rosenbloom, Esq. be admitted to practice before the United States District Court for the District of Columbia *Pro Hac Vice*, pursuant to Local Rule 83.2, for the purposes of the above-captioned litigation.

**ENTERED** this _____ day of _____, 2007.

_____
James Robertson
Judge, United States District Court for
the District of Columbia

Copies to:

Amy S. Owen, Esq.
Cochran & Owen
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Thomas G. Scavone, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

Creighton R. Magid, Esq.
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20004-2505

Devan V. Padmanabhan, Esq.
Paul J. Robbennolt, Esq.
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Jeffrey J. Downey
Robins Kaplan Miller & Ciresi, LLP
875 Eye Street, NW
Suite 300
Washington, D.C. 20006

Ronald Schutz
Jake Holdreith
Cyrus Morton
Seth Northrop
Robins Kaplan Miller & Ciresi, LLP
LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402