UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC.,                :
                                          :
        Plaintiff,                        :
                                          :
    v.                                    : Civil Action No. 06-1014 (JR)
                                          :
ABLAISE LTD., *et al.*,                   :
                                          :
        Defendants.                       :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Brian Rosenbloom [22], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                JAMES ROBERTSON
                           United States District Judge