IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | Civil Action No. 1:06CV01014<br><br>**Judge James Robertson**<br><br><br>**DECLARATION OF SETH A.<br>NORTHROP IN SUPPORT OF<br>ABLAISE LTD. AND GENERAL<br>INVENTIONS INSTITUTE A, INC.'S<br>MARKMAN SUR-REPLY BRIEF IN<br>SUPPORT OF ITS PROPOSED<br>CLAIM CONSTRUCTION** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | Civil Action No. 1:06CV01015<br><br>**Judge James Robertson** |

**STATE OF MINNESOTA** )
        )SS
**COUNTY OF HENNEPIN** )

MP3 20219872.1

I, Seth A. Northrop, declare as follows:

1. I am an attorney with Robins, Kaplan, Miller & Ciresi L.L.P. and am one of the attorneys representing Defendants Ablaise Ltd. and General Inventions Institute A, Inc. in the above-referenced matter. I make this declaration in support of Plaintiffs' Markman Sur-Reply Brief in Support of Its Proposed Claim Construction.

2. Attached hereto as Exhibit A is a spreadsheet containing Ablaise's proposed constructions and Dow's proposed constructions as recited in each of Dow's briefs and exhibits.

3. Attached hereto as Exhibit B is a true and correct copy of the Information Disclosure filed on November 7, 1996 in connection with the prosecution of the '530 patent.

4. Attached hereto as Exhibit C is a true and correct copy of the U.K. Patent Application No. 9509828.1 filed on August 6, 1996 in connection with the prosecution of the '530 patent.

4. Attached hereto as Exhibit D is a true and correct copy of the Office Action filed on February 3, 1998 in connection with the prosecution of the '530 patent.

5. Attached hereto as Exhibit E is a true and correct copy of the Office Action filed on August 20, 1999 in connection with the prosecution of the '530 patent.

6. Attached hereto as Exhibit F is a true and correct copy of the Office Action filed on November 5, 2001 in connection with the prosecution of the '737 patent.

7. Attached hereto as Exhibit G is a true and correct copy of the Office Action filed on December 16, 2003 in connection with the prosecution of the '737 patent.

8. Attached hereto as Exhibit H is a true and correct copy of the article Pascal R. Chesnais, "Canard: A Framework for Community Messaging," iswc, p. 108, First International Symposium on Wearable Computers (ISWC '97), 1997.

- 3 -

9. Attached hereto as Exhibit I is a true and correct copy of the Office Action filed on September 17, 2003 in connection with the prosecution of the '737 patent.

Dated: May 30, 2007    /s/ Seth A. Northrop
                       Seth A. Northrop