# EXHIBIT F

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

RITCHIE et al                             Atty. Ref.: 1561-77

Serial No. 09/920,803                     Group: 2171

Filed: August 3, 2001                     Examiner:

For:  SERVING SIGNALS

* * * * * * * * * *

RECEIVED
NOV 0 7 2001
Technology Center 2100

November 5, 2001

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

### SECOND PRELIMINARY AMENDMENT

Prior to the first substantive Office Action, please further amend this application as shown below:

### IN THE CLAIMS

Cancel claim 1 without prejudice or disclaimer in favor of new claims 21-40:

--21. (New) A serving device for serving viewable data to browsing devices connected to a network, wherein said viewable data comprises content data and formatting data and said viewable data is displayed at a browsing device, said serving device comprising:

11/06/2001 NMULDER1 00000020 09920803
01 FC:102              160.00 OP

573158

246

RITCHIE et al
Serial No. 09/920,803

identifying means for identifying requests from browsing devices that define a request for specified content data;

data storage means storing content data; and

processing means configured to:

    (a) select content data from said storage means in dependence of the content data specified in a request received by said identifying means;

    (b) receive format identifiers;

    (c) execute a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first formal identifier is received; and

    (d) execute a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

whereby viewable data is served to a browser for display with a format which depends upon the particular format identifier received by the processing means.



22. (New) A serving device as in claim 21 wherein said format identifiers are received from browsing devices with said requests for specified content data, such that viewable data is served to a browsing device for display with a first format when a first format identifier is received from said browsing device, and a second format when a second format identifier is received from said browsing device.

- 2 -

RITCHIE et al
Serial No. 09/920,803

23. (New) A serving device as in claim 21 wherein said data storage means comprises a graphics database, whereby viewable data including graphics is served to a browsing device for display with a format which depends upon the particular format identifier received by the processing means.

24. (New) A serving device as in claim 21 wherein:

said serving device further comprises a user database comprising data relating to user preferences, and

said identifying means is further configured to receive a user identifier with said request for specified content data, and

said processing means is configured to:

read specified user data from said user database, such that said specified user data corresponds to a received user identifier; and

select content data in dependence of said read data.

25. (New) A serving device as in claim 24 wherein said information relating to user preferences is identified by users.

26. (New) A serving device as in claim 24 wherein said information relating to user preferences is determined from a history of usage by users.

27. (New) A serving device as in claim 21 wherein:

- 3 -

573158

248

RITCHIE et al
Serial No. 09/920,803

said serving device further comprises a user database comprising information relating to user preferences and a text database which has an index;

said identifying means is further configured to receive a user identifier with said request for specified content data; and

said processing means is configured to:

    read data from said user database in response to a received user identifier; and

    adjust the index of said text database in response to said user information, such that said selected content data is dependent upon a received user identifier.

29. (New) A serving device as in claim 21 wherein:

said serving device further comprises a user database comprising information relating to user preferences, and a graphics database which has an index;

said identifying means is further configured to receive a user identifier with said request for specified content data; and

said processing means is configured to:

    read data from said user database in response to a received user identifier; and

    adjust the index of said graphics database in response to said user information, such that said selected content data is dependent upon a received user identifier.

- 4 -

573158

249

RITCHIE et al
Serial No. 09/920,803

29. (New) A serving device as in claim 21 wherein said serving device further comprises:

a function database comprising a plurality of sets of functions including said first set of functions and said second set of functions; and

a user database comprising information relating to user preferences, wherein said identifying means is configured to receive a user identifier with said request for specified content data, and

said processing means is configured to:

    (a) read user preference information from said user database in response to a received user identifier; and

    (b) select a set of functions from said function database in dependence upon said received format identifier and said read user information.

30. (New) A serving device as in claim 21 further comprising:

a user database comprising information relating to user preferences; and a function database containing a plurality of sets of functions and an index,

said identifying means is configured to receive a user identifier with said request for specified content data; and

said processing means is configured to:

read specific user preference information from said user database in response to a received user identifier;

- 5 -

573158

250

RITCHIE et al
Serial No. 09/920,803

adjust the relationship between said index and said sets of functions within said function database in response to said specific user preference information; and

select a set of functions from said function storage means in dependence upon said received format identifier,

whereby said selected set of functions depends upon said specific user information.

22. (New) A serving device as in claim 21 wherein said data storage means storing content data is a content database and said serving device further comprises a separate function database comprising a plurality of sets of functions including said first set of functions and said second set of functions, whereby said content database may be edited before said processing means combines said content data with formatting data to generate viewable data.

23. (New) A serving device as in claim 21 wherein said viewable data is HTML (hypertext markup language) data, and said first and second formatting data comprise of HTML tags.

24. (New) A method of serving viewable data to browsing devices connected to a network, wherein said viewable data contains content data and formatting data and said viewable data is displayed at a browsing device, said method comprising the steps of:

- 6 -

RITCHIE et al
Serial No. 09/920,803

(a) storing content data in a storage means;

(b) identifying requests from browsing devices at an identifying means that define a request for specified content data; and

(c) selecting content data from said storage means in dependence of the content data specified in a request received by said identifying means;

(d) receiving format identifiers;

(e) executing a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first format identifier is received; and

(f) executing a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

whereby viewable data is served to a browser for display with a format which depends upon the particular format identifier received by the processing means.

. (New) A serving device for serving viewable data to browsing devices connected to a network, wherein said viewable data comprises content data and formatting data and said viewable data is displayed at a browsing device in a format which depends on said formatting data, said serving device comprising:

identifying means for identifying requests from browsing devices that define a request for specified content data;

- 7 -

RITCHIE et al
Serial No. 09/920,803

> data storage means storing content data;
>
> function storage means storing executable functions; and
>
> processing means configured to:
>
>> (a) select content data from said data storage means in dependence upon the content data specified in a request received by said identifying means;
>>
>> (b) receive format identifiers;
>>
>> (c) select a set of functions from said function storage means in dependence upon a received format identifier; and
>>
>> (d) execute said set of functions to generate viewable data comprising said selected content data and formatting data.

35. (New) A serving device as in claim 34 wherein said format identifier is received via said identifying means with said request for specified content data, whereby viewable data is served to a browser for display with a format which depends upon the particular format identifier received from said browser.

36. (New) A serving device as in claim 34 wherein said data storage means comprises a graphics database storing graphics data and said execution of said function results in graphics data being read from said graphics database, thereby generating viewable data which includes graphics.

- 8 -

573158

253

RITCHIE et al
Serial No. 09/920,803

37. (New) A serving device as in claim 34 further comprising a user database comprising information relating to user preferences, wherein said identifying means is configured to receive a user identifier with said request for specified content data, and said processing means is configured to:

    read user preference information from said user database in response to a received user identifier; and

    select a set of functions from said function storage means in dependence upon said received format identifier and said read user information.

38. (New) A serving device as in claim 34 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags.

39. (New) A method of serving viewable data to browsing devices connected to a network, wherein said viewable data contains content data and formatting data and said viewable data is displayed at a browsing device in a format which depends on said formatting data, said method comprising the steps of:

(a) identifying requests from browsing devices that define a request for specified content data;

(b) storing content data within data storage means;

storing executable functions within function storage means; and

RITCHIE et al
Serial No. 09/920,803

(c)  selecting content data from said data storage means in dependence upon the content data specified in a request from a browsing device;

(d)  receiving format identifiers;

(e)  selecting a set of functions from said function storage means in dependence upon a received format identifier; and

(f)  executing said set of functions to generate viewable data comprising said selected content data and formatting data.

21. (New)  A serving device for serving HTML (hypertext markup language) data to browsing devices connected to a network, wherein said HTML data comprises content data and formatting data and said HTML data is displayed at a browsing device, said serving device comprising:

identifying means for identifying requests from browsing devices that define a request for specified content data;

a database containing a plurality of content data; and

processing means configured to:

(a) select content data from said database in dependence of the content data specified in a request received by said identifying means;

(b) receive format identifiers;

- 10 -

573158

255

RITCHIE et al
Serial No. 09/920,803

(c) execute a first set of functions to generate second HTML data comprising said selected content data and first formatting data when a first format identifier is received,

(d) execute a second set of functions to generate second HTML data comprising said selected content data and second formatting data when a second format identifier is received,

whereby HTML data is served to a browser for display with a format which depends upon the particular format identifier received by the processing means.--

- 11 -

573158

256

RITCHIE et al
Serial No. 09/920,803

## REMARKS

Entry of the above substitute claims in this file is requested before substantive review and examination.

An early and favorable action on the merits with respect to these new claims 21-40 is respectfully solicited.

Respectfully submitted,

NIXON & VANDERHYE P.C.

By: *Larry S. Nixon*
Larry S. Nixon
Reg. No. 25,640

LSN:vc
1100 North Glebe Road, 8th Floor
Arlington, VA 22201-4714
Telephone: (703) 816-4000
Facsimile: (703) 816-4100

- 12 -

573158

257