UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC., :
:
    Plaintiff, :
:
  v. : Civil Action No. 06-1014 (JR)
:
ABLAISE LTD., *et al.*, :
:
    Defendants. :
_____ :
DOW JONES REUTERS BUSINESS :
INTERACTIVE, LLC, d/b/a FACTIVA, :
:
    Plaintiff, :
:
  v. : Civil Action No. 06-1015 (JR)
:
ABLAISE LTD., *et al.*, :
:
    Defendants. :

### ORDER

On October 25, 2006, the parties presented alternative versions of an order that would govern scheduling in these cases following the Court's Markman determination. If the parties are now able to agree on a schedule for further proceedings, they are to file an agreed scheduling order by September 14, 2007. If they cannot reach agreement, a scheduling conference will be held on **September 18, 2007, at 5:00 p.m.**

                                         JAMES ROBERTSON
                             United States District Judge