**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**NOTICE OF APPEARANCE**

Please re-enter the appearance of Amy S. Owen and Ben Selan, Cochran & Owen LLC, 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182, as co-counsel for Ablaise

LTD and General Inventions Institute A, Inc. (collectively "Defendants") in the above-captioned matter.

Dated:  September 7, 2007	Respectfully submitted,

      /s/  Amy S. Owen
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this 7th day of September, 2007 via the ECF system to the following:

    Creighton R. Magid
Dorsey & Whitney LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 North
Washington, D.C. 20004
Ph: (202) 442-3000
Fx: (202) 442-3199


    Devan V. Padmanabhan
Sri K. Sankaran
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ph: (612) 340-2600
Fx: (612) 340-8856


    Steven Lieberman
Rothwell, Figg, Ernst & Manbeck
1425 K Street NW, Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040
Fx: (202) 783-6031


    Attorneys for Plaintiff


        /s/ Amy S. Owen
    Amy S. Owen