**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia,

respectively moves the Court to enter an Order permitting Jake M. Holdreith of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) Jake M. Holdreith is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2) Mr. Holdreith is admitted to practice before the United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals Federal Circuit, United States District Court for the District of Colorado, United States District Court for the District of Minnesota, United States District Court for the Western District of Wisconsin, the Supreme Court of Minnesota and is a member in good standing with the Minnesota Bar;

(3) Attached hereto is a declaration executed by Mr. Holdreith;

(4) The Movant requests that this Court allow this Motion so that Mr. Holdreith may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Jake M. Holdreith to appear in this proceeding.

Dated:  September 7, 2007            Respectfully submitted,

                                            /s/  Amy S. Owen
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster

Seth Northrop
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN  55402-2015
Ph:  (612) 349-8500
Fx:  (612) 339-4181

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 7th day of September, 2007 via the ECF system to the following:

>Creighton R. Magid
>Dorsey & Whitney LLP
>1001 Pennsylvania Avenue, N.W.
>Suite 400 North
>Washington, D.C. 20004
>Ph: (202) 442-3000
>Fx: (202) 442-3199


>Devan V. Padmanabhan
>Sri K. Sankaran
>Dorsey & Whitney LLP
>50 South Sixth Street, Suite 1500
>Minneapolis, MN 55402
>Ph: (612) 340-2600
>Fx: (612) 340-8856


>Steven Lieberman
>Rothwell, Figg, Ernst & Manbeck
>1425 K Street NW, Suite 800
>Washington, D.C. 20005
>Ph: (202) 783-6040
>Fx: (202) 783-6031


>Attorneys for Plaintiff


                                     /s/ Amy S. Owen
                                    Amy S. Owen