**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>　　　　　Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>　　　　　Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

　　　Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia

Bar admitted to practice before the United States District Court for the District of Columbia,

respectively moves the Court to enter an Order permitting Trevor J. Foster of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1)     Trevor J. Foster is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2)     Mr. Foster is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar.

(3)     Attached hereto is a declaration executed by Mr. Foster ;

(4)     The Movant requests that this Court allow this Motion so that Mr. Foster may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Trevor J. Foster to appear in this proceeding.


Dated:  September 7, 2007                         Respectfully submitted,

                                                                   /s/  Amy S. Owen
                                                                  Amy S. Owen, Esq. #411601
                                                                  Ben Selan, Esq. #495232
                                                                  COCHRAN & OWEN, LLC
                                                                  8000 Towers Crescent Drive, Suite 160
                                                                  Vienna, VA  22182
                                                                  Ph:  (703) 847-4480
                                                                  Fx:  (703) 847-4499

                                                                  Ronald J. Schutz
                                                                  Jake M. Holdreith
                                                                  Cyrus A. Morton
                                                                  Trevor J. Foster
                                                                  Seth Northrop
                                                                  ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
                                                                  2800 LaSalle Plaza
                                                                  800 La Salle Avenue

Minneapolis, MN 55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 7th day of September, 2007 via the ECF system to the following:

    Creighton R. Magid
    Dorsey & Whitney LLP
    1001 Pennsylvania Avenue, N.W.
    Suite 400 North
    Washington, D.C. 20004
    Ph: (202) 442-3000
    Fx: (202) 442-3199


    Devan V. Padmanabhan
    Sri K. Sankaran
    Dorsey & Whitney LLP
    50 South Sixth Street, Suite 1500
    Minneapolis, MN 55402
    Ph: (612) 340-2600
    Fx: (612) 340-8856


    Steven Lieberman
    Rothwell, Figg, Ernst & Manbeck
    1425 K Street NW, Suite 800
    Washington, D.C. 20005
    Ph: (202) 783-6040
    Fx: (202) 783-6031

    Attorneys for Plaintiff


      /s/ Amy S. Owen
    Amy S. Owen