**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>200 Liberty Street )<br>New York, New York 10281, )<br>)<br>                Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. ("Ablaise") )<br>40 Queen Anne Street )<br>London W1G 9EL )<br>United Kingdom )<br>)<br>and )<br>)<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC., ("GIIA") )<br>Craigmuir Chambers )<br>P.O. Box 71 )<br>Town Road )<br>Tortola, British Virgin Islands, )<br>)<br>                Defendants. )<br> | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS )<br>BUSINESS INTERACTIVE, LLC )<br>200 Library Street )<br>New York, New York 10281, )<br>)<br>                Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE and GIIA, )<br>)<br>                Defendants. )<br> | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**ORDER AUTHORIZING PRO HAC VICE ADMISSION**

     Upon the Motion of Amy S. Owen, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of

Columbia, seeking the entry of an Order permitting Trevor J. Foster of Robins, Kaplan, Miller & Ciresi, to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendants Ablaise, Ltd. And General Inventions Institute A, Inc. in this proceeding, therefore;

  IT IS on this _____ day of September, 2007;

  ORDERED, that Trevor J. Foster, of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

               _____
               United States District Court Judge