# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>200 Liberty St. )<br>New York, New York  10281 )<br> )<br>   Plaintiff, )<br>  v. )<br> )<br>ABLAISE LTD ("Ablaise") )<br>40 Queen Anne Street )<br>London W1G 9EL, )<br>United Kingdom )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC., ("GIIA") )<br>Craigmuir Chambers, P.O. Box 71 )<br>Town Road )<br>Tortola, British Virgin Islands )<br> )<br>  Defendants. )| **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS )<br>BUSINESS INTERACTIVE, LLC. )<br>200 Liberty St.   ) )<br>New York, New York  10281 )<br> )<br>   Plaintiff, )<br>  v. )<br> )<br>ABLAISE and GIIA )<br>  Defendants. ) | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

## [ABLAISE'S PROPOSED] SCHEDULING ORDER

Pursuant to the Federal Rule of Civil Procedure 26(f), and Local Civil Rule 16.3, plaintiff and counsel for plaintiff Dow Jones & Company, Inc, and defendant and counsel for defendants Ablaise, Ltd, and General Inventions Institute, Inc. agree upon the following proposed schedule

for the completion of discovery and pretrial proceedings:

1. Dispositive motions related to invalidity shall be made by November 15, 2007. Responsive motions related to invalidity shall be filed thirty days following the initial brief. Reply briefs shall be filed 15 days following submission of the responsive brief. All dispositive motions related to invalidity shall be decided by February 1, 2008.

2. Additional parties shall be joined, or the pleadings shall be amended, by October 1, 2007.

3. At this time, the parties do not consent to trial of this action by a magistrate judge.

4. It is unknown if there is a realistic possibility of settling this case.

5. This case will not benefit from the Court's alternative dispute resolution program.

6. The parties do not stipulate to dispense with the initial disclosures required pursuant to Rule 26(a)(1).

7. Fact discovery shall close on April 1, 2008.

8. The parties shall serve their expert disclosures and reports upon defendants by April 15, 2008.

9. The parties shall serve their rebuttal expert disclosures and reports upon each other by May 1, 2008.

10. The Final Pretrial Conference will be held on May 15, 2008.

11. All dispositive motions unrelated to invalidity shall be submitted by May 15, 2008. Responsive motions related to invalidity shall be filed thirty days following the initial brief. Reply briefs shall be filed 10 days following submission of the responsive

brief. All dispositive motions unrelated to invalidity shall be decided by August 1, 2008.

12. The parties are unsure at this time if the trial should be bifurcated.

13. The trial date be set at the pretrial conference

Seen and Agreed to:

| _____ | _____ |
|---|---|
| Rothwell, Figg, Ernst & Manbeck, P.C.<br>1425 K Street, N.W.<br>Suite 800<br>Washington, DC 20005<br>(P): 202-772-5667<br>(F): 202-783-6031<br><br>Counsel for Dow Jones & Company, Inc. | Robins, Kaplan, Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Ave.<br>Minneapolis, MN 55402-2015<br>(P) 612-349-8500<br>(F) 612-339-4181<br><br>Counsel for Ablaise Ltd. and General Inventions Institute, Inc. |

Date:_____

_____
The Honorable James Robertson
U.S. District Court Judge

1433327

1433327_1.DOC                                    3

MP3 20239951.1