IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**AGREED ORDER WITHDRAWING COUNSEL**

Upon consideration and agreement of the parties as well as the record in this case, it is hereby

ORDERED that Jeffrey J. Downey, Esq. has withdrawn as counsel. Defendants Ablaise LTD. and General Inventions Institute A, Inc. will continue to be represented by Cyrus Morton, Esq., Seth Northrop, Esq., Ronald J. Schulz, Esq., Trevor Foster, Esq., Jake Holdreith, Esq., Eric Jackson, Esq. and Cochran & Owen, LLC.

Dated: _____     _____
United States District Court Judge

SEEN AND AGREED:


_____/s/ Amy S. Owen_____
Amy S. Owen, Esq. (D.C. Bar No. 411601)
Ben Selan, Esq. (D.C. Bar No. 495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499



_____/s/ Cyrus Morton_____
Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster
Seth Northrop
Eric Jackson
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN 55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

_____/s/ Jeffrey Downey_____
Jeffrey John Downey, Esq.
DMG Group, Inc.
1225 I Street, Suite 600
Washington, D.C. 20005
Ph: (202) 789-1110

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Order Withdrawing Counsel was served this 27th day of September, 2007 via the ECF system to the following:

Creighton R. Magid
Dorsey & Whitney LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 North
Washington, D.C. 20004
Ph: (202) 442-3000
Fx: (202) 442-3199


Devan V. Padmanabhan
Sri K. Sankaran
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ph: (612) 340-2600
Fx: (612) 340-8856


Steven Lieberman
Rothwell, Figg, Ernst & Manbeck
1425 K Street NW, Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040
Fx: (202) 783-6031


Attorneys for Plaintiff


_____/s/ Amy S. Owen_____
Amy S. Owen