UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC.,        :
                                  :
        Plaintiff,                :
                                  :
   v.                             :  Civil Action No. 06-1014 (JR)
                                  :
ABLAISE LTD., *et al.*,           :
                                  :
        Defendants.               :

### **SCHEDULING ORDER**

After a scheduling conference held in open court on September 26 and a review of the parties' second joint Rule 26(f) and LCvR 16.3 report, it is **ORDERED** that fact discovery is to be completed April 1, 2008. Expert reports by the party bearing the burden of proof are due by April 15, 2008, rebuttal expert reports by May 1, 2008, and expert discovery is to be completed by June 1, 2008. It is

**FURTHER ORDERED** that a status conference is set for **January 16, 2008 at 4:30 p.m.** Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. And it is

**FURTHER ORDERED** that any extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date set forth in this scheduling order.**


                                        JAMES ROBERTSON
                                  United States District Judge