## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |

### MOTION PURSUANT TO LOCAL DISTRICT COURT
### <u>RULE 8.32(d) FOR ADMISSION *PRO HAC VICE*</u>

Eric S. Jackson (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Patrick M. Arenz of Robins, Kaplan,

Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1)     Patrick M. Arenz is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2)     Mr. Arenz is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar.

(3)     Attached hereto is a declaration executed by Mr. Arenz ;

(4)     The Movant requests that this Court allow this Motion so that Mr. Arenz may file pleadings and appear and be heard at any hearing in this proceeding; and

(5)     Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Patrick M. Arenz to appear in this proceeding.

Dated:  October 5, 2007                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Eric S. Jackson
　　　　　　　　　　　　　　　　　　　　　　Eric S. Jackson (#446657)
　　　　　　　　　　　　　　　　　　　　　　Ronald J. Schutz
　　　　　　　　　　　　　　　　　　　　　　Jake M. Holdreith
　　　　　　　　　　　　　　　　　　　　　　Cyrus A. Morton
　　　　　　　　　　　　　　　　　　　　　　Trevor J. Foster
　　　　　　　　　　　　　　　　　　　　　　Seth Northrop
　　　　　　　　　　　　　　　　　　　　　　Patrick M. Arenz
　　　　　　　　　　　　　　　　　　　　　　ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　2800 LaSalle Plaza
　　　　　　　　　　　　　　　　　　　　　　800 La Salle Avenue
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-2015
　　　　　　　　　　　　　　　　　　　　　　Ph:  (612) 349-8500
　　　　　　　　　　　　　　　　　　　　　　Fx:  (612) 339-4181

　　　　　　　　　　　　　　　　　　　　　　Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 5th day of October, 2007, via electronic means and first class mail, postage prepaid, to the following:

    Creighton R. Magid
Dorsey & Whitney LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 North
Washington, D.C. 20004
Ph: (202) 442-3000
Fx: (202) 442-3199


    Devan V. Padmanabhan
Sri K. Sankaran
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ph: (612) 340-2600
Fx: (612) 340-8856


    Steven Lieberman
Rothwell, Figg, Ernst & Manbeck
1425 K Street NW, Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040
Fx: (202) 783-6031

Attorneys for Plaintiff


    /s/ Eric S. Jackson
    Eric S. Jackson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. And <br> General Inventions Institute A, Inc. <br><br> Defendants | Civil Action No. 06-1014 (JR) <br><br> **JURY TRIAL DEMANDED** |
| Dow Jones Reuters Business Interactive, LLC d/b/a Factiva, <br><br> Plaintiff. <br><br> v. <br> Ablaise Ltd. And <br> General Inventions Institute A, Inc. <br><br> Defendants | Civil Action No. 06-1015 (JR) <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF PATRICK M. ARENZ

I, Patrick M. Arenz, hereby request permission to appear pro hac vice on behalf of Defendants Ablaise Ltd. And General Inventions Institute A, Inc. in the above referenced matter. My office address and telephone number are as follows:

| | |
|---|---|
| Office Address: | Robins, Kaplan, Miller & Ciresi, LLP <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN  55402-2015 |
| Office Telephone No.: | (612) 349-8591 |

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Minnesota Supreme Court | | October 27, 2006 |
| United States District Court | District of Minnesota | December 16, 2006 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

I make the foregoing statements under penalty of perjury.

DATED: October 5, 2007             **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                    By:  /s/ Patrick M. Arenz
                                        Patrick M. Arenz (#0386537)

                                        2800 LaSalle Plaza
                                        800 LaSalle Avenue
                                        Minneapolis, MN  55402-2015
                                        612-349-8500

                                    **ATTORNEYS FOR DEFENDANTS
                                    ABLAISE LTD. AND GENERAL INVENTORS
                                    INSTITUTE A, INC.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>           Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>           Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>           Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>           Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |

## ORDER AUTHORIZING PRO HAC VICE ADMISSION

Upon the Motion of Eric S. Jackson, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of

Columbia, seeking the entry of an Order permitting Patrick M. Arenz of Robins, Kaplan, Miller & Ciresi, to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendants Ablaise, Ltd. And General Inventions Institute A, Inc. in this proceeding, therefore;

  IT IS on this _____ day of _____, 2007;

  ORDERED, that Patrick M. Arenz, of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

                _____
                United States District Court Judge