```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


DOW JONES & COMPANY, INC.,        :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 06-1014 (JR)
                                  :
ABLAISE LTD., et al.,             :
                                  :
        Defendants.               :
```

### ORDER

Upon consideration of defendants' motion for the *pro hac vice* appearance of Patrick M. Arenz [38], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                                   United States District Judge