IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

### MOTION TO WITHDRAW AS COUNSEL

Jeffrey J. Downey, Esq., formerly of Robins, Kaplan, Miller & Ciresi, LLP ("Mr. Downey") requests that the court permit him to withdraw as counsel for the Ablaise Ltd.

MP3 20219864.1

("Ablaise") and General Inventions Institute A, Inc. ("GIIA"). Ablaise and GIIA will continue to be represented by Robins, Kaplan, Miller & Ciresi, LLP and Cochran & Owen, LLC, the latter of which entered their appearance on September 7, 2007. Ablaise and GIIA's counsel have consented to the withdrawal.

Accordingly, in light of Ablaise and GIIA's continued representation by experienced counsel the Motion to Withdraw should be granted.

Respectfully submitted,

/s/ Jeffrey Downey
Jeffrey John Downey
DMG Group, Inc.
1225 I Street, Suite 600
Washington, D.C. 20005
Ph: (202) 789-1110
Fx: (202) 789-1116

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Order Withdrawing Counsel was served this 17th day of October, 2007 via the ECF system to the following:

Creighton R. Magid
Dorsey & Whitney LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 North
Washington, D.C. 20004
Ph: (202) 442-3000
Fx: (202) 442-3199

Devan V. Padmanabhan
Sri K. Sankaran
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ph: (612) 340-2600
Fx: (612) 340-8856

Steven Lieberman
Rothwell, Figg, Ernst & Manbeck
1425 K Street NW, Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040
Fx: (202) 783-6031

Attorneys for Plaintiff

      /s/ Amy S. Owen
Amy S. Owen