UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br><br>        Plaintiff,<br>v.<br><br>ABLAISE LTD<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br><br>        Defendants. | **Civil Action No. 1:06CV01014 JR** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br><br>        Plaintiff,<br>v.<br><br>ABLAISE LTD<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br><br>        Defendants. | **Civil Action No. 1:06CV01015 JR** |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Upon consideration of Plaintiffs' Motion to Compel Discovery, the Opposition submitted thereto and the reply papers, it is on this ____ day of December, 2007 hereby

**ORDERED** that the Motion is **GRANTED**. Ablaise is ordered and directed, at its own expense, to search its Electronically Stored Information ("ESI") and produce any responsive, non-privileged documents found as a result of that search.

 

_____
James Robertson
United States District Judge