CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of December, 2007, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

Steven Lieberman, Esq.  
Rothwell, Figg, Ernst & Manbeck, P.C.  
1425 K Street NW, Suite 800     *Attorney for Plaintiffs*  
Washington, DC 20005     Dow Jones

Amy S. Owen, Esq.  
Cochran & Owen, LLC  
8000 Towers Crescent Drive, Suite 160  
Vienna, VA 22182

                                      s/ Patrick M. Arenz  
                                      Patrick M. Arenz