**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. ("Ablaise") )<br>)<br>and )<br>)<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC., ("GIIA") )<br>)<br>)<br>Defendants. )| **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS )<br>BUSINESS INTERACTIVE, LLC )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE and GIIA, )<br>)<br>Defendants. )<br>) | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Dow Jones & Co.'s and Dow Jones Reuters Business Interactive, LLC's motions to compel is **DENIED**.

Dated this ___ of _____, 2007    _____
                                         The Honorable James Robertson