UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>　　　　Plaintiff,<br>v.<br><br>ABLAISE LTD<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br>　　　　Defendants. | **Civil Action No. 1:06CV01014 JR** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>　　　　Plaintiff,<br>v.<br><br>ABLAISE LTD<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br>　　　　Defendants. | **Civil Action No. 1:06CV01015 JR** |

## ORDER SEALING REPLY MEMORANDUM AND DECLARATION

Upon consideration of Plaintiffs' Motion to File Reply Memorandum and Declaration Under Seal, it is on this ____ day of _____, 200__ hereby

**ORDERED** that the Motion is **GRANTED** and the Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Compel Discovery and (2) the Declaration of Oliver Edwards referenced in Plaintiffs' Motion are hereby sealed.

_____
James Robertson
United States District Judge