# United States District Court
# For the District of Columbia

Dow Jones & Company, Inc.

        Plaintiff(s)    )  **APPEARANCE**

        vs.    )   CASE NUMBER    1:06cv01014 JR

Ablaise Ltd., et al.

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Oliver L. Edwards  as counsel in this
                  (Attorney's Name)

case for: Dow Jones & Company, Inc.
        (Name of party or parties)

January 17, 2008                    *Oliver L. Edwards* (signature)
Date                                Signature

975833                        Oliver L. Edwards
BAR IDENTIFICATION        Print Name

                                  1425 K St. NW, Suite 800
                                  Address

                                  Washington, DC 20005
                                  City        State        Zip Code

                                  202-783-6040
                                  Phone Number

## **CERTIFICATE OF SERVICE**

      I hereby certify, that on this 17th day of January, 2008, I electronically filed with the Clerk of the Court, the **NOTICE OF APPEARANCE OF OLIVER L. EDWARDS** using the CM/ECF system and have served all parties via CM/ECF:

**Patrick M. Arenz**
    pmarenz@rkmc.com,labowles@rkmc.com

**Trevor J. Foster**
    tjfoster@rkmc.com

**Jake M. Holdreith**
    jmholdreith@rkmc.com

**Eric S. Jackson**
    ESJackson@rkmc.com,klkelley@rkmc.com,skottley@rkmc.com,mmtacheny@rkmc.com

**Cyrus A. Morton**
    camorton@rkmc.com

**Seth Northrop**
    sanorthrop@rkmc.com

**Amy Sanborn Owen**
    aowen@cochranowen.com,dhitchcock@cochranowen.com,bselan@cochranowen.com

**Ronald J. Schutz**
    rjschutz@rkmc.com

**Benje Allen Selan**
    bselan@cochranowen.com


                          __/s/_____
                          Oliver L. Edwards