**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DOW JONES & COMPANY, INC.,       :
                               :
        Plaintiff,           :
                               :
    v.                    :  Civil Action No. 06-1014 (JR)
                               :
ABLAISE LTD., *et al.*,          :
                               :
        Defendants.         :

<u>**ORDER**</u>

Upon consideration of defendants' motion for the *pro hac vice* appearance of Kelly L. Olmstead [47], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                            JAMES ROBERTSON
                              United States District Judge