UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>    Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>    Plaintiff.<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>    Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## ADDENDUM TO PROTECTIVE ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto through their respective counsel to the following Addendum ("The Addendum") to the Protective Order previously agreed to by the parties and approved by Judge Robertson in Civil Action Nos. 1:06-CV-01014 & 1:06-CV-01015 ("The Protective Order"). The Addendum consists of the following:

  16. Confidential material designated by Ablaise Ltd. ("Ablaise") and/or General Inventions Institute A, Inc. ("GIIA"), or by Dow Jones Co., Inc. and/or Dow Jones Reuters Business Interactive LLC d/b/a Factiva ("Dow Jones") as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall be information that Ablaise and/or GIIA, or Dow Jones believe in good faith is extremely sensitive confidential business information, such as

information comprising investor and investment planning, strategy, and identity, whose disclosure to another party or non-party would create an adverse impact on Ablaise's, GIIA's, Dow Jones' business, financial condition, ability to compete, standing in the industry or any other risk of injury that could not be avoided by less restrictive means. Absent a specific order by this Court, once designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," such designated material shall be used by the parties solely in connection with this litigation, and not for any business, competitive, or governmental purpose or function, and such material shall not be disclosed to anyone except as provided herein.

17. The designation of confidential material as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" for purposes of this Protective Order shall be made in the following manner:

    (a) in the case of documents, electronic documents, exhibits, briefs, memoranda, interrogatory responses, responses to requests for admission, things or other materials (apart from depositions, pretrial or trial testimony): by affixing the legend "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," as appropriate, to every page of any document containing confidential material at the time such documents are produced or such information is disclosed, or as soon thereafter as the party or non-party seeking protection becomes aware of the confidential nature of the material disclosed and sought to be protected; and

    (b) in the case of depositions, pretrial and trial testimony: (i) by a statement by counsel on the record during such deposition, pretrial or trial proceeding that the entire transcript or a portion thereof shall be designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," as appropriate, hereunder; or

(ii) by written notice of such designation sent by counsel to all parties within twenty (10) calendar days of its receipt of the transcript of the testimony. Unless so designated, any confidentiality is waived after the expiration of the 20-day period unless otherwise stipulated or ordered. The parties may modify this procedure for any particular deposition or proceeding through agreement on the record at such deposition or proceeding or otherwise by written stipulation, without further order of the Court.

If confidential material designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" is used during the course of a deposition, that portion of the deposition record reflecting such confidential material shall be sealed and stamped with the designated degree of confidentiality, and access thereto shall be limited pursuant to the other terms of this Protective Order.

18. Confidential material designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or copies or extracts therefrom and compilations and summaries thereof, may be disclosed, summarized, described, characterized, or otherwise communicated or made available in whole or in part only to the following persons.

(a) Rothwell, Figg, Ernst & Manbeck P.C., attorneys of record for Dow Jones and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;

(b) Robins, Kaplan, Miller & Ciresi L.L.P., attorneys of record for Ablaise and GIIA, and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials.

(c) Retained independent consultants, vendors or experts (as well as their

stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials);

(d) The Court, Court personnel and stenographic and video reporters engaged in proceedings incident to these actions;

(e) Outside document copying services, and/or document coding or computerization services. Notwithstanding any other provision of The Protective Order, access to Confidential or Highly Confidential documents shall be permitted to such vendors, without need for the completion of Exhibit A set forth in The Protective Order. The outside counsel providing Confidential or Highly Confidential documents to outside document copying services or document coding or computerization services shall be responsible for that service's compliance with the provisions of The Protective Order and this Addendum.

By _/s/_____
Steven Lieberman (439783)
Joseph A. Hynds (440464)
Brian Rosenbloom (461413)
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783 6040

*Attorneys for Plaintiffs*
*Dow Jones, Inc. and Dow Jones Reuters*
*Business Interactive*

By _/s/_____
Ronald J. Schutz
Jake H. Holdreith
Cyrus A. Morton
Patrick M. Arenz
ROBINS, KAPLAN, MILLER, & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

*Attorneys for Defendants*
*Ablaise Ltd. and General Inventions Institute A,*
*Inc.*

**IT IS SO STIPULATED.**

Dated: _____

_____
Judge James Robertson