**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>　　　　　Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson**<br><br><br><br>**ORAL HEARING REQUESTED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>　　　　　Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson**<br><br><br>**ORAL HEARING REQUESTED** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT**
**RULE 83.2(d) FOR ADMISSION *PRO HAC VICE***

Eric S. Jackson (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Diane L. Simerson of Robins, Kaplan,

Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) Diane L. Simerson is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2) Ms. Simerson is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar.

(3) Attached hereto is a declaration executed by Ms. Simerson;

(4) The Movant requests that this Court allow this Motion so that Ms. Simerson may file pleadings and appear and be heard at any hearing in this proceeding;

(5) The Movant, a member of the firm that Ms. Simerson practices with, has a CM/ECF username and password, has undergone training, and agrees to file documents electronically; and

(6) Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Diane L. Simerson to appear in this proceeding.

Dated: March 10, 2008                    Respectfully submitted,

                                                                                                                    ___s/Eric S. Jackson_____
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph: (202) 789-1110
Fx: (202) 789-1116

Eric S. Jackson #446657
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN  55402-2015

Ph: (612) 349-8500
Fx: (612) 339-4181

**ATTORNEYS FOR PLAINTIFF
ABLAISE LTD. AND GENERAL INVENTIONS
INSTITUTE A, INC.**.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 83.2(D) For Admission *Pro Hac Vice* was served this 10th day of March, 2008 via the ECF system to the following:

Steven Lieberman, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street NW, Suite 800
Washington, DC 20005


                                      s/ Eric S. Jackson
                                      Eric S. Jackson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>        Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson**<br><br><br><br>**ORAL HEARING REQUESTED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>        Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson**<br><br><br><br>**ORAL HEARING REQUESTED** |

**DECLARATION OF DIANE L. SIMERSON**

I, Diane L. Simerson, hereby request permission to appear *pro hac vice* on behalf of Defendant Ablaise Ltd. and GIIA in the above referenced matter. My office address and telephone number are as follows:

MP-Primary 80012830.1

| | | |
|---|---|---|
| Office Address: | | Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 |
| Office Telephone No.: | | (612) 349-0830 |

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Minnesota Supreme Court | | October 31, 1996 |
| United States District Court | District of Minnesota | December 6, 1996 |
| United States Court of Appeals, Federal Circuit | | 1998 |
| United States Supreme Court | | 2000 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of this Court for any other matters in the past two years.

I make the foregoing statements under penalty of perjury.

Dated:  March 10, 2008                     _s/Diane L. Simerson_____
                                            Diane L. Simerson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson**<br><br><br><br>**ORAL HEARING REQUESTED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson**<br><br><br><br>**ORAL HEARING REQUESTED** |

**ORDER AUTHORIZING PRO HAC VICE ADMISSION**

Upon the Motion of Eric S. Jackson, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of

Columbia, seeking the entry of an Order permitting Diane L. Simerson of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendant Ablaise, Ltd. and GIIA in this proceeding, therefore;

    IT IS on this _____ day of _____, 2008;

    ORDERED, that Diane L. Simerson, of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

                                        _____
                                        United States District Court Judge

MP-Primary 80012842.1