IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>   Plaintiff,<br><br>   v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>   Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>   Plaintiff.<br><br>   v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>   Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Defendants' motion to file their motion to compel discovery and supporting declaration under seal IS GRANTED.

Dated this ___ day of March, 2008.

                       _____
                       The Honorable James Robertson

MP-Primary 80024198.1