UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. <br> and <br> GENERAL INVENTIONS <br> INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| DOW JONES REUTERS BUSINESS <br> INTERACTIVE, LLC d/b/a FACTIVA, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. <br> and <br> GENERAL INVENTIONS <br> INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

## [PROPOSED] STIPULATION TO EXTEND TIME

Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva (collectively "Dow Jones") and Defendants, Ablaise Ltd. And General Inventions Institute A, Inc. (collectively "Ablaise") by their undersigned counsel and with the Court's approval, hereby stipulate, that Dow Jones' Opposition to Defendants' Motion to

Compel Discovery will be filed on April 4, 2008, an extension of two days. The extension is necessary due to the travel schedule of counsel.

**SO ORDERED:**

Dated: _____

_____
Honorable James Robertson
Judge, United States District Court
 for the District of Columbia

By: /s/
   Steven Lieberman   (D.C. Bar 439783)
   Sharon L. Davis   (D.C. Bar 439223)
   Brian Rosenbloom   (D.C. Bar 461413)
   ROTHWELL, FIGG, ERNST & MANBECK
   1425 K Street, N.W.
   Suite 800
   Washington, D.C. 20005
   Tel: (202) 783-6040
   Fax: (202) 783-6031

*Attorneys for Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva*

By: /s/
   Ronald J. Schutz
   Jake H. Holdreith
   Eric S. Jackson   (D.C. Bar 446657)
   Cyrus A. Morton
   Patrick M. Arenz
   ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
   2800 LaSalle Plaza, 800 LaSalle Ave
   Minneapolis, MN 55402-2051
   Tel: (612) 349-8500
   Fax: (612) 339-4181

By: /s/
   Amy S. Owen   (D.C. Bar 411601)
   Ben Selan   (D.C. Bar 495232)
   COCHRAN & OWEN, LLC
   8000 Towers Crescent Drive
   Suite 160
   Vienna, VA 22182
   Tel: (703) 847-4480
   Fax: (703) 847-4499

*Attorneys for Ablaise Ltd. and General Inventions Institute A, Inc.*

Dated: April 2, 2008

Dated: April 2, 2008

# CERTIFICATE OF SERVICE

I hereby certify, that on this 2nd day of April, 2008, I electronically filed with the Clerk of the Court, **[PROPOSED] STIPULATION TO EXTEND TIME** using the CM/ECF system and have served all parties in the manner described below to the following:

**Amy S. Owen** (Electronic Notification and U.S. First Class Mail)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480

**Patrick M. Arenz** (Electronic Notification and and U.S. First Class Mail)
**Jake Holdreith**
**Cyrus A. Morton**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

\_\_/s/_____
Brian Rosenbloom