UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>   Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS<br>INTERACTIVE, LLC d/b/a FACTIVA,<br><br>   Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>   Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

**MOTION FOR LEAVE TO FILE OPPOSITION OF PLAINTIFFS DOW JONES & COMPANY, INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE LL, D/B/A FACTIVA TO DEFENDANTS' MOTION TO COMPEL DISCOVERY UNDER SEAL**

Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva (collectively, "Dow Jones"), by their attorneys, pursuant to LCvR 5.1(j) and LCvR 7, hereby move the Court to seal (1) Dow Jones's Opposition to Defendants' Motion To

Compel Discovery ("Opposition") and (2) the Declaration of Sharon L. Davis, Esq. ("Declaration"), both of even date and accompanying this motion. As grounds for this motion, Dow Jones states the following:

1. Pursuant to the Protective Order entered by this Court November 27, 2007 (06-1014 doc. no. 41), the parties may designate disclosed or produced materials as Confidential Information. The Motion and Declaration identified above disclose information that has been designated by Ablaise as "Confidential Information" under the Protective Order.

2. The Protective Order governs all pleadings and nondispositive motions and applies to filings required pursuant to the Local Rules of this Court. Protective Order at ¶ 8.

3. If a party files a document containing or disclosing Confidential Information with the Court, it shall file that document under seal and in compliance with LCvR 5.1(j).

4. In accordance with Local Rule 7(m), counsel for Dow Jones contacted counsel for Defendants regarding this motion. Counsel for Defendants indicated that they would not oppose this motion.

WHEREFORE, Dow Jones requests that this Court order the Opposition and Declaration sealed.

Date: April 4, 2008                                     Respectfully submitted,


                                        By:    /s/_____
                                               Steven Lieberman (439783)
                                               Joseph A. Hynds  (440464)
                                               Brian Rosenbloom (461413)
                                               Oliver Edwards (975833)
                                               ROTHWELL, FIGG, ERNST & MANBECK
                                               1425 K Street, NW
                                               Suite 800
                                               Washington, DC  20005
                                               Tel: (202) 783-6040
                                               Fax: (202) 783-6031

                                               *Attorneys for Plaintiffs, Dow Jones & Company,
                                               Inc. and  Dow Jones Reuters Business Interactive,
                                               LLC d/b/a Factiva*

## CERTIFICATE OF SERVICE

I hereby certify, that on this 4th day of April, 2008, I electronically filed with the Clerk of the Court, **MOTION FOR LEAVE TO FILE OPPOSITION OF PLAINTIFFS DOW JONES & COMPANY, INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE LL, D/B/A FACTIVA TO DEFENDANTS' MOTION TO COMPEL DISCOVERY UNDER SEAL** using the CM/ECF system and have served all parties in the manner described below to the following:

**Amy S. Owen** (Electronic Notification and U.S. First Class Mail)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480


**Patrick M. Arenz** (Electronic Notification and and U.S. First Class Mail)
**Jake Holdreith**
**Cyrus A. Morton**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500


\_\_/s/_____
Brian Rosenbloom