UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>　　　　Plaintiff,<br>　v.<br><br>ABLAISE LTD<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br>　　　　Defendants. | Civil Action No. 1:06CV01014 JR |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>　　　　Plaintiff,<br>　v.<br><br>ABLAISE LTD<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.,<br>　　　　Defendants. | Civil Action No. 1:06CV01015 JR |

### ORDER SEALING REPLY MOTION AND DECLARATION

Upon consideration of Dow Jones's Motion to File Dow Jones's Renewed Motion to Compel Discovery and Supporting Declaration Under Seal, it is on this ____ day of April, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and (1) Dow Jones's Renewed Motion to Compel Discovery and (2) the Declaration of Oliver L. Edwards, Esq. are hereby sealed.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　James Robertson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge