IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>　　　　　　Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>　　　　　　Plaintiff.<br><br>　　v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>　　　　　　Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Defendants' motion to file their reply brief and supporting declaration to Ablaise's motion to compel discovery and Defendants' response brief and supporting declaration to Dow Jones' motion to compel discovery under seal IS GRANTED.

Dated this ___ day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable James Robertson

MP-Primary 80024198.1