UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS )<br>INTERACTIVE, LLC d/b/a FACTIVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] SCHEDULING ORDER

This matter having come before the Court to address the briefing schedule for summary judgment motions on invalidity on May 27, 2008, it is hereby:

ORDERED that dispositive motions on the invalidity of the Ablaise patents shall be filed no later than October 3, 2008.

SO ORDERED:


_____                                    _____
Date                                                                                  The Honorable James Robertson

## CERTIFICATE OF SERVICE

I hereby certify, that on this 3RD day of June, 2008, I electronically filed with the Clerk of the Court, **[PROPOSED] SCHEDULING ORDER** using the CM/ECF system and have served all parties in the manner described below to the following:

**Amy S. Owen** (Electronic Notification and U.S. First Class Mail)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480


**Patrick M. Arenz** (Electronic Notification and and U.S. First Class Mail)
**Jake Holdreith**
**Cyrus A. Morton**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500


/s/
Brian Rosenbloom