UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ABLAISE LTD. <br>and <br>GENERAL INVENTIONS <br>INSTITUTE A, INC. <br><br>　　　　Defendants. | Civil Action No. 1:06-CV-01014 <br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS <br>INTERACTIVE, LLC d/b/a FACTIVA, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ABLAISE LTD. <br>and <br>GENERAL INVENTIONS <br>INSTITUTE A, INC. <br><br>　　　　Defendants. | Civil Action No. 1:06-CV-01015 <br><br>Judge James Robertson |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BASED ON WAIVER OF ATTORNEY-CLIENT
PRIVILEGE UNDER SEAL**

Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva (collectively, "Dow Jones"), by their attorneys, pursuant to LCvR 5.1(j) and LCvR 7, hereby move the Court to seal (1) Dow Jones' Motion To Compel Production of Documents Based on Waiver of Attorney-Client Privilege ("Motion") and (2) the Declaration of

Sharon L. Davis, Esq. ("Declaration"), both of even date and accompanying this motion. As grounds for this motion, Dow Jones states the following:

1. Pursuant to the Protective Order entered by this Court November 27, 2007 (06-1014 doc. no. 41), the parties may designate disclosed or produced materials as Confidential Information. The Motion and Declaration identified above disclose information that has been designated by Ablaise as "Confidential Information" under the Protective Order.

2. The Protective Order governs all pleadings and nondispositive motions and applies to filings required pursuant to the Local Rules of this Court. Protective Order at ¶ 8.

3. If a party files a document containing or disclosing Confidential Information with the Court, it shall file that document under seal and in compliance with LCvR 5.1(j).

4. In accordance with Local Rule 7(m), counsel for Dow Jones contacted counsel for Defendants regarding this motion. Counsel for Defendants indicated that they would not oppose this motion.

WHEREFORE, Dow Jones requests that this Court order the Motion and Declaration sealed.

Date: June 5, 2008

Respectfully submitted,

By: /s/_____
Steven Lieberman (439783)
Joseph A. Hynds (440464)
Brian Rosenbloom (461413)
Oliver Edwards (975833)
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

*Attorneys for Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva*