UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>        Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS<br>INTERACTIVE, LLC d/b/a FACTIVA,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>        Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER SEALING MOTION AND DECLARATION

Upon consideration of Dow Jones' Motion to File its Motion to Compel Production of Documents Based on Waiver of Attorney-Client Privilege and Supporting Declaration of Sharon L. Davis, Esq., it is on this ____ day of June, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and (1) Dow Jones' Motion to Compel Production of Documents Based on Waiver of Attorney-Client Privilege and (2) the Declaration of Sharon L. Davis, Esq. are hereby sealed.

                                                                                              _____

                                                                                              James Robertson
                                                                                              United States District Court Judge