**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br>             Plaintiff, <br><br>       v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br>             Defendants | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| Dow Jones Reuters <br> Business Interactive, LLC d/b/a Factiva, <br><br>             Plaintiff, <br><br>       v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br>             Defendants | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

**DEFENDANTS' MOTION TO FILE OPPOSITION MEMORANDUM
AND DECLARATION TO PLAINTIFFS' MOTION TO COMPEL UNDER SEAL**

      Defendants, Ablaise Ltd. and GIIA, respectfully request that the Court seal their opposition memorandum and corresponding declaration of Patrick M. Arenz to Plaintiffs' Motion to Compel Documents. The motion papers contain material designated by the Defendants as "Confidential" under the Protective Order, entered by this Court on November 27, 2007. The Protective Order requires documents to be filed under seal that contain Confidential information. Consistent with the Protective Order and the Local Rules of this Court, Defendants file this motion to request leave to file their opposition memorandum and declaration under seal. Plaintiffs do not oppose this request.

80145344.1

2

| | |
|---|---|
| DATED:  June 17, 2008 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: s/ Patrick M. Arenz_____<br>      Ronald J. Schutz<br>      Jake M. Holdreith<br>      Cyrus A. Morton<br>      Seth A. Northrop |
| | 2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>612-349-8500 |
| | **COCHRAN & OWEN LLC** |
| | By: s/ Ben Selan_____<br>      Amy Owen #411601<br>      Ben Selan #495232 |
| | 8000 Towers Crescent Drive, Suite 160<br>Vienna, VA 22182<br>703-847-4480 |
| | **ATTORNEYS FOR DEFENDANTS**<br>**ABLAISE LTD. AND**<br>**GENERAL INVENTORS INSTITUTE A, INC.** |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that copies of the foregoing Defendants' Motion to File Opposition Memorandum and Declaration to Plaintiffs' Motion to Compel Under Seal and [Proposed] Order were electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following on this 17th day of June, 2008, unless otherwise noted:

    _s/ Patrick M. Arenz_____
Patrick M. Arenz
pmarenz@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Ph: (612) 349-8500
Fx: (612) 339-4181
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of June, 2008, I have caused to be served true and correct copies of the following documents:

- DEFENDANTS' MOTION TO FILE OPPOSITION MEMORANDUM AND DECLARATION TO PLAINTIFFS' MOTION TO COMPEL UNDER SEAL; AND

- [PROPOSED] ORDER

on the following in the manner indicated below:

| | |
|---|---|
| Oliver L. Edwards, Esq.<br>Rothwell, Figg, Ernst & Manbeck, P.C.<br>1425 K Street NW, Suite 800<br>Washington, DC 20005 | *Attorney for Plaintiffs*<br>Dow Jones<br>(via U.S. mail) |

      s/ Patrick M. Arenz
      Patrick M. Arenz

80151982.1