# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>　　　　　Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>　　　　　Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendants' motion to file their opposition memorandum and corresponding declaration of Patrick M. Arenz to Plaintiffs' Motion to Compel Documents under seal **IS GRANTED**.

Dated this __ day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable James Robertson

80145346.1