# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of July, 2008, a copy of the foregoing Consent Motion to Enter Stipulated Order was filed electronically with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Steven Lieberman, Esq.
slieberman@rothwellfigg.com
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street NW, Suite 800
Washington, DC 20005
Ph: 202-783-6040
Fx: 202-783-6031

*Attorney for Plaintiffs*
*Dow Jones*

/s Patrick M. Arenz _____
Patrick M. Arenz
ROBINS, KAPLAN, MILLER, & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500