IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>             Plaintiff,<br><br>       v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>             Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>             Plaintiff,<br><br>       v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>             Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

**[PROPOSED] STIPULATED ORDER**

This matter has come before this Court to address a dispute over the scope of this case and related discovery requests. Based on the representations of both parties, **IT IS HEREBY ORDERED** that Defendants' requests to compel discovery related to and that it be allowed to assert patent infringement based upon:

- The Factiva Newsletter Feature;
- The Factiva Publisher Feature;
- The WSJ.com and Barrons.com Copy Flow System;
- The WSJ.com Blog feature;
- The WSJ.com and Barrons.com AdZone Feature;
- The MarketWatch Community Features; and
- The MarketWatch Copy Flow and WAT systems

80167345.1

are **DENIED**.  Although it is denying this discovery and precluding these infringements in this lawsuit, the Court expressly takes no position at this time regarding whether these infringements may be raised in a future lawsuit.

| By | By |
|---|---|
| /s Sharon Davis_____ | /s Patrick M. Arenz_____ |
| Steven Lieberman (439783) | Ronald J. Schutz |
| Brian Rosenbloom (461413) | Jake H. Holdreith |
| Sharon Davis (439223) | Cyrus A. Morton |
| Oliver Edwards (975833) | Patrick M. Arenz |
| ROTHWELL, FIGG, ERNST & MANBECK | ROBINS, KAPLAN, MILLER, & CIRESI, L.L.P. |
| 1425 K Street, NW, Suite 800 | 2800 LaSalle Plaza |
| Washington, DC 20005 | 800 LaSalle Avenue |
| (202) 783 6040 | Minneapolis, MN 55402-2015 |
|  | (612) 349-8500 |
| *Attorneys for Plaintiffs Dow Jones, Inc. and Dow Jones Reuters Business Interactive* | and |
|  | /s Ben Selan_____ |
|  | Amy S. Owen, Esq. #411601 |
|  | Ben Selan, Esq. #495232 |
|  | COCHRAN & OWEN, LLC |
|  | 8000 Towers Crescent Drive, Suite 160 |
|  | Vienna, VA 22182 |
|  | Ph: (703) 847-4480 |
|  | *Attorneys for Defendants Ablaise Ltd. And General Inventions Institute A, Inc.* |

**IT IS SO STIPULATED AND ORDERED.**

Dated: _____

_____
The Honorable  James Robertson