# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CYRUS A. MORTON
612-349-8722

July 11, 2008

*Via E-Mail & U.S. Mail*

Steven Lieberman, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street NW/Suite 800
Washington, DC 20005

Re: *Dow Jones Co., Inc. v. Ablaise Ltd., et al.*
Civil Action Nos.: 1:06-CV-01014
*Dow Jones Reuters Business Interactive, LLC d/b/a Factiva v. Ablaise, Ltd., et al.*
Civil Action Nos.: 1:06-CV-01015
Our File No.: 124258.0004

Dear Steve:

I write to follow up on our phone conversation yesterday regarding the '530 patent. As you'll recall you indicated that, in order to dismiss the '530 patent from these cases, a covenant not to sue on currently existing products would be sufficient. However, you feel the covenant must extend beyond the parties to the lawsuit to include all of News Corporation because News Corporation purchased Dow Jones during the pendency of this lawsuit.

We cannot agree, and we will file a motion as we discussed seeking dismissal of the '530 patent. I believe we have met our meet and confer obligations on this matter, but if you feel otherwise, perhaps we can discuss it further at today's 2 p.m. EDT meet and confer on other issues. Until the motion is resolved, you will need to decide how you wish to proceed regarding the '530 patent.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Cyrus A. Morton
Of Counsel

CAM/mmt

EXHIBIT B

80247300.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.