IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| Dow Jones Reuters <br> Business Interactive, LLC d/b/a Factiva, <br><br> Plaintiff, <br><br> v. <br><br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Ablaise's motion to dismiss Plaintiff's claims relating to the '530 patent **IS GRANTED**.

Dated this __ day of July, 2008.

_____
The Honorable James Robertson

80266008.1