UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABLAISE LTD. ) <br> and ) <br> GENERAL INVENTIONS ) <br> INSTITUTE A, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| DOW JONES REUTERS BUSINESS ) <br> INTERACTIVE, LLC d/b/a FACTIVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABLAISE LTD. ) <br> and ) <br> GENERAL INVENTIONS ) <br> INSTITUTE A, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

### DECLARATION OF SHARON L. DAVIS, ESQ.

I, Sharon L. Davis, Esq., affirm and declare as follows:

1.  Attached hereto as Exhibit 1 is a true and correct copy of a March 1, 2006 letter from Thomas Scavone to Todd Larsen.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Preliminary Claim Chart of Dow Jones Exemplary Infringement of Ablaise U.S. Pat. No. 6,295,530 [Exhibit to be filed under seal].

3. Attached hereto as Exhibit 3 is a true and correct copy of a July 2, 2008 letter from Cyrus Morton to Steven Lieberman.

4. Attached hereto as Exhibit 4 is a true and correct copy of a July 8, 2008 letter from Steven Lieberman to Cyrus Morton.

5. Attached hereto as Exhibit 5 is a true and correct copy of a document for potential investors describing Ablaise Ltd. U.S. (Deposition Exhibit 22) [Exhibit to be filed under seal].

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 11, 2008        /s/_____
                                    Sharon L. Davis, Esq.