UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOW JONES & COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. <br> and <br> GENERAL INVENTIONS <br> INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. <br> and <br> GENERAL INVENTIONS <br> INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

**MOTION FOR LEAVE TO FILE EXHIBIT NOS. 2 AND 5 ATTACHED
TO THE DECLARATION OF SHARON L. DAVIS, ESQ. IN SUPPORT OF
OPPOSITION OF PLAINTIFFS DOW JONES COMPANY' INC. AND
DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA
TO DEFENDANT ABLAISE, LTD.'S MOTION TO DISMISS THE '530 PATENT**

Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive,

LLC d/b/a Factiva (collectively, "Dow Jones"), by their attorneys, pursuant to LCvR 5.1(j) and

LCvR 7, hereby move the Court to seal Exhibit Nos. 2 and 5, attached to the Declaration of Sharon L. Davis, Esq., filed in Opposition to Ablaise Ltd.'s Motion to Dismiss the '530 Patent.

As grounds for this motion, Dow Jones states the following:

1. Pursuant to the Protective Order entered by this Court November 27, 2007 (06-1014 doc. no. 41), the parties may designate disclosed or produced materials as Confidential Information. The Exhibits identified above disclose information that has been designated by Ablaise as "Confidential Information" under the Protective Order.

2. The Protective Order governs all pleadings and nondispositive motions and applies to filings required pursuant to the Local Rules of this Court. Protective Order at ¶ 8.

3. If a party files a document containing or disclosing Confidential Information with the Court, it shall file that document under seal and in compliance with LCvR 5.1(j).

4. In accordance with Local Rule 7(m), counsel for Dow Jones contacted counsel for Defendants regarding this motion. Counsel for Defendants indicated that they would not oppose this motion.

WHEREFORE, Dow Jones requests that this Court order that Exhibit Nos. 2 and 5 attached to the Declaration of Sharon L. Davis, Esq. be sealed.

Date:  August 11, 2008  Respectfully submitted,

By: /s/ _____
Steven Lieberman (439783)
Sharon L. Davis (439223)
Brian Rosenbloom (461413)
Oliver Edwards (975833)
David Orange (974817)
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW
Suite 800
Washington, DC 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

*Attorneys for Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva*

## CERTIFICATE OF SERVICE

I hereby certify, that on this 11th day of August, 2008, I electronically filed with the Clerk of the Court, **MOTION FOR LEAVE TO FILE EXHIBIT NOS. 2 AND 5 ATTACHED TO THE DECLARATION OF SHARON L. DAVIS, ESQ. IN SUPPORT OF OPPOSITION OF PLAINTIFFS DOW JONES COMPANY' INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA TO DEFENDANT ABLAISE, LTD.'S MOTION TO DISMISS THE '530 PATENT** using the CM/ECF system and have served all parties in the manner described below to the following:

**Amy S. Owen** (Electronic Notification and U.S. First Class Mail)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480

**Patrick M. Arenz** (Electronic Notification and U.S. First Class Mail)
**Jake Holdreith**
**Cyrus A. Morton**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

__/s/_____
Brian Rosenbloom