UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>        Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>        Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER

Upon consideration of the Motion for Leave to Remove Document from Public Access and Refile Under Seal filed by Plaintiffs Dow Jones Company' Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva, it is this ____ day of August, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and Plaintiffs' Opposition to Defendant Ablaise Ltd.'s Motion to Dismiss the '530 Patent is hereby sealed.

---
James Robertson
United States District Court Judge