## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Reply Memorandum to Dow Jones' Opposition to Ablaise's Motion to Dismiss the '530 Patent** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following on this 20th day of August, 2008, unless otherwise noted:

| | |
|---|---|
| Steven Lieberman<br>Rothwell, Figg, Ernst & Manbeck, P.C.<br>1425 K Street NW, Suite 800<br>Washington, DC 20005 | *Attorney for Plaintiffs*<br>Dow Jones<br>(via CM/ECF system) |

s/ Patrick M. Arenz
Patrick M. Arenz
pmarenz@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Ph:  (612) 349-8500
Fx:  (612) 339-4181
*Counsel for Defendants*

80058646.1