## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br>        Plaintiff, <br><br>    v. <br>Ablaise Ltd. <br>and <br>General Inventions Institute A, Inc., <br><br>        Defendants | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| Dow Jones Reuters <br>Business Interactive, LLC d/b/a Factiva, <br><br>        Plaintiff, <br><br>    v. <br>Ablaise Ltd. <br>and <br>General Inventions Institute A, Inc., <br><br>        Defendants | Civil Action No. 1:06-CV-01015 <br><br>Judge James Robertson |

### [PROPOSED] STIPULATION TO EXTEND TIME

Defendants, Ablaise Ltd. and GIIA, respectfully request that the Court approve of the parties' stipulation to extend Ablaise's time to oppose Dow Jones' motion to compel from August 26, 2008 to September 2, 2008. The extension is necessary due to a recent health issue of counsel for Ablaise, and to allow adequate communication with counsel in the U.K.

**SO ORDERED:**

Dated:_____                      _____
                                                                                 Honorable James Robertson
                                                                                 United States District Court for the
                                                                                 District of Columbia

DATED: August 22, 2008

| | |
|---|---|
| **ROTHWELL, FIGG, ERNST & MANBECK** | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| By: s/ Sharon Davis_____<br>    Steven Lieberman (D.C. Bar 439783)<br>    Sharon L. Davis (D.C. Bar 439223)<br><br>1425 K Street, N.W.<br>Suite 800<br>Washington D.C. 20005<br>Tel: (202) 783-6040<br>Fax: (202) 783-6031 | By: s/ Patrick M. Arenz _____<br>    Ronald J. Schutz<br>    Jake M. Holdreith<br>    Cyrus A. Morton<br>    Seth A. Northrop<br><br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>Tel: 612-349-8500<br>Fax: 612-339-4181<br><br>**COCHRAN & OWEN LLC**<br><br>By: s/ Ben Selan_____<br>    Amy Owen #411601<br>    Ben Selan #495232<br><br>8000 Towers Crescent Drive, Suite 160<br>Vienna, VA 22182<br>703-847-4480 |
| **ATTORNEYS FOR PLAINTIFFS, DOW JONES & COMPANY, INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE, LLC, d/b/a FACTIVA** | **ATTORNEYS FOR DEFENDANTS ABLAISE LTD. AND GENERAL INVENTORS INSTITUTE A, INC.** |