## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of August, 2008, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Steven Lieberman, Esq.<br>Rothwell, Figg, Ernst & Manbeck, P.C.<br>1425 K Street NW, Suite 800<br>Washington, DC 20005 | *Attorney for Plaintiffs*<br>Dow Jones |
| Amy S. Owen, Esq.<br>Cochran & Owen, LLC<br>8000 Towers Crescent Drive, Suite 160<br>Vienna, VA 22182 | *Attorney for Defendants*<br>Ablaise and GIIA |

                                                          s/ Patrick M. Arenz
                                                          Patrick M. Arenz