IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>    Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>    Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>    Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## DEFENDANTS' MOTION TO FILE OPPOSITION AND CORRESPONDING DECLARATION UNDER SEAL

Defendants, Ablaise and GIIA, respectfully request that the Court seal Defendants' opposition memorandum and corresponding declaration and exhibits to Plaintiffs' Motion to Compel. The motion papers contain material designated by the Defendants as "Confidential" under the Protective Order, entered by this Court on November 27, 2007. The Protective Order requires documents to be filed under seal that contain Confidential information. Consistent with the Protective Order and the Local Rules of this Court, Defendants file this motion to request leave to file their opposition memorandum and declaration under seal. Plaintiffs do not oppose this request.

80145344.1

DATED: August 22, 2008

        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

        By: s/ Patrick M. Arenz_____
           Ronald J. Schutz
           Jake M. Holdreith
           Cyrus A. Morton
           Seth A. Northrop

           2800 LaSalle Plaza
           800 LaSalle Avenue
           Minneapolis, MN 55402-2015
           Tel: 612-349-8500
           Fax: 612-339-4181

        **COCHRAN & OWEN LLC**

        By: s/ Ben Selan _____
           Amy Owen #411601
           Ben Selan #495232

           8000 Towers Crescent Drive, Suite 160
           Vienna, VA 22182
           703-847-4480

        **ATTORNEYS FOR DEFENDANTS**
        **ABLAISE LTD. AND**
        **GENERAL INVENTORS INSTITUTE A, INC.**