**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ABLAISE LTD., *et al.*, : <br> : <br> Defendants. : | <br><br><br><br>Civil Action No. 06-1014 (JR) |
| DOW JONES REUTERS BUSINESS : <br> INTERACTIVE, LLC, d/b/a FACTIVA : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ABLAISE LTD., *et al.*, : <br> : <br> Defendants. : | <br><br><br><br><br>Civil Action No. 06-1015 (JR) |

**ORDER**

Plaintiffs' motions for leave to file under seal [76/77 in 06cv1014 and 77/78 in 06cv1015] are **granted**. The Clerk is directed to set oral argument in the second week of September for defendant's motion to dismiss the '530 patent [72 in 06cv1014 and 73 in 06cv1015], the associated motion concerning attachments to that motion [78], and any other motions then pending. **SO ORDERED.**

JAMES ROBERTSON
United States District Judge