UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. <br> and <br> GENERAL INVENTIONS <br> INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. <br> and <br> GENERAL INVENTIONS <br> INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

## CONSENT MOTION TO ENTER STIPULATED ORDER

Plaintiffs Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva (collectively "Dow Jones") and Defendants Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Ablaise") respectfully move for entry of the attached [Proposed] Stipulated Order memorializing the Court's oral rulings on disputed motions in these related matters.

Respectfully submitted,

By:

/s/ Sharon L. Davis
Steven Lieberman (439783)
Sharon L. Davis (439223)
Brian Rosenbloom (461413)
Oliver Edwards (975833)
David Orange (974817)
Rothwell, Figg, Ernst & Manbeck
1425 K Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

*Attorneys for Plaintiffs,
Dow Jones & Company, Inc. and
Dow Jones Reuters Business Interactive,
LLC, d/b/a Factiva*

By:

/s/ Patrick M. Arenz
Ronald M. Schultz
Jake H. Holdreith
Cyrus A. Morton
Patrick M. Arenz
Robins, Kaplan, Miller & Ciresi, LLP
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: (612) 349-8500
Fax: (612) 349-4181

and

/s/ Ben Selan
Amy S. Owen (411601)
Ben Selan (495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Tel: (703) 847-4480
Fax: (703) 847-4499

*Attorneys for Defendants, Ablaise Ltd.
and General Inventions Institute, A, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify, that on this 27th day of August, 2008, I electronically filed with the Clerk of the Court a CONSENT MOTION TO ENTER STIPULATED ORDER and a [PROPOSED] STIPULATED ORDER using the CM/ECF system and have served all parties in the manner described below to the following:

>Amy S. Owen, Esq. (Electronic Notification)
>COCHRAN & OWEN, LLC
>8000 Towers Crescent Drive
>Suite 160
>Vienna, VA 22182
>
>Patrick M. Arenz (Electronic Notification)
>Jake Holdreith (Electronic Notification)
>Cyrus A. Morton (Electronic Notification)
>ROBINS, KAPLAN, MILLER & CIRESI LLP
>2800 LaSalle Plaza
>800 LaSalle Avenue
>Minneapolis, MN 55402


                                                           /s/ _____
                                                           Sharon L. Davis