**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>               Plaintiff,<br><br>        v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>              Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>               Plaintiff,<br><br>        v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>              Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## NOTICE OF WITHDRAWAL OF ERIC S. JACKSON

Robins, Kaplan, Miller & Ciresi L.L.P., on behalf of Eric S. Jackson, requests that the court permit Mr. Jackson to withdraw as counsel for Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Ablaise") in Case Nos. 1:06-cv-01014-JR and 1:06-cv-01015-JR. Mr. Jackson is no longer with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and has requested and consented to this withdrawal. Robins, Kaplan, Miller & Ciresi L.L.P. and Cochran & Owen, LLC will continue to represent Ablaise.

DATED:  September 3, 2008

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  s/ Patrick M. Arenz
     Ronald J. Schutz
     Jake M. Holdreith
     Cyrus A. Morton
     Patrick M. Arenz

     2800 LaSalle Plaza
     800 LaSalle Avenue
     Minneapolis, MN 55402-2015
     Tel: 612-349-8500
     Fax: 612-339-4181

**COCHRAN & OWEN LLC**

By:  s/ Ben Selan
     Amy Owen #411601
     Ben Selan #495232

     8000 Towers Crescent Drive, Suite 160
     Vienna, VA 22182
     703-847-4480

**ATTORNEYS FOR DEFENDANTS
ABLAISE LTD. AND
GENERAL INVENTORS INSTITUTE A, INC.**