# CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of September, 2008, I electronically filed the foregoing Notice of Withdrawal of Eric S. Jackson with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Steven Lieberman, Esq.<br>Rothwell, Figg, Ernst & Manbeck, P.C.<br>1425 K Street NW, Suite 800<br>Washington, DC 20005 | *Attorneys for Plaintiffs*<br>Dow Jones |
| Amy S. Owen, Esq.<br>Cochran & Owen, LLC<br>8000 Towers Crescent Drive, Suite 160<br>Vienna, VA 22182 | *Attorneys for Defendants*<br>Ablaise and GIIA |

                                                  s/ Patrick M. Arenz
                                                  Patrick M. Arenz