UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABLAISE LTD. and GENERAL ) <br> INVENTIONS INTITUTE A, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| DOW JONES REUTERS BUSINESS ) <br> INTERACTIVE, LLC d/b/a FACTIVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABLAISE LTD. and GENERAL ) <br> INVENTIONS INTITUTE A, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

**PLAINTIFFS DOW JONES & COMPANY, INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE, LLC D/B/A FACTIVA'S <u>MOTION FOR SUMMARY JUDGMENT OF INVALIDITY</u>**

Plaintiffs, Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva (" Dow Jones"), respectfully move this Court for summary judgment of invalidity of Claims 1, 3, 4 and 6 of U.S. Patent No. 6,961,737 and Claims 1-3 of U.S. Patent No. 6,295,530. The reasons for granting this motion are set forth in detail in the accompanying memorandum in support.

Date:   October 7, 2008                    Respectfully submitted,


                                  By:   /s/_____
                                        Steven Lieberman (439783)
                                        Sharon L. Davis  (439223)
                                        Brian Rosenbloom (461413)
                                        Oliver Edwards (975833)
                                        David Orange (974817)
                                        ROTHWELL, FIGG, ERNST & MANBECK
                                        1425 K Street, NW, Suite 800
                                        Washington, DC  20005
                                        Tel: (202) 783-6040; Fax: (202) 783-6031

                                        *Attorneys for Plaintiffs, Dow Jones & Company,
                                        Inc. and Dow Jones Reuters Business Interactive,
                                        LLC d/b/a Factiva*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS DOW JONES & COMPANY, INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE, LLC D/B/A FACTIVA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** was served this 7th day of October, 2008 in the manner described below to the following:

**Amy S. Owen** (Email and U.S. First Class Mail)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480

**Patrick M. Arenz** (Email and U.S. First Class Mail)
**Cyrus A. Morton**
**Jake Holdreith**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

_/s/_____
Brian S. Rosenbloom